# Exhibit 3

# INVOICE COVER SHEET

(888) 900-0681-Regions 1/2 (OH, IN, KY, KS)
(888) 900-0682-Regions 3/4 (MS, AR, TN)
(888) 900-0683-Region 5 (SC, NC, VA)
(888) 900-0687-Region 6 (AL, FL, CA)
(888) 900-1589-Region 7 (LA, TX)
(888) 900-1591-Region 8 (NY, MD, WV)

**CONTRACTOR NAME:**

Richard Ross

**CONTRACTOR MARKET:**

Biloxi

**CELL PHONE NUMBER AND PROVIDER:**

228-261-9775 Virgin mobile

**ADDRESS FOR CHECK TO BE SENT TO:**

917 East 2nd St
Pass Christian
ms 39571

**E-MAIL ADDRESS:**

rossrich9622@yahoo.com

Please provide an email address if you would like to receive Jack Rabbit updates, news, and information.

**PLEASE SELECT A METHOD OF CHECK DELIVERY**
**(This is for mailing method only. All checks are mailed 7 days after fax in):**

___EXPRESS ($20.00 charge to do so)

_X_PRIORITY MAIL ($5.00 charge to do so)

___REGULAR MAIL (free)



**Jack Rabbit**
SERVICES, LLC
Your Roadside Assistance Professionals

Richard Ross
917 East 2nd Street
Pass Christian, Ms 39571

| INV # | Date | VENDOR | PURCHASE ORDER # | MEMBER # | AMOUNT | LESS CASH REC |
|---|---|---|---|---|---|---|
| 1 | 9/18/13 | CCAS | 949178008 | | $13.00 | $0.00 |
| 2 | 9/18/13 | CCAS | 105172396 | | $13.00 | $0.00 |
| 3 | 9/18/13 | CCAS | 247767630 | | $13.00 | $0.00 |
| 4 | 9/18/13 | CCAS | 148273492 | | $13.00 | $0.00 |
| 5 | 9/18/13 | CCAS | 303693112 | | $14.00 | $0.00 |
| 6 | 9/18/13 | GCO | 530313261 | | $13.00 | $0.00 |
| 7 | 9/18/13 | GCO | 596413261 | | $13.00 | $0.00 |
| 8 | 9/18/13 | CCAS | 939110278 | | $15.00 | $0.00 |
| 9 | 9/18/13 | CCAS | 358756190 | | $6.00 | $0.00 |
| 10 | 9/18/13 | CCAS | 307761205 | | $13.00 | $0.00 |
| 11 | 9/19/13 | CCAS | 103091666 | | $13.00 | $0.00 |
| 12 | 9/19/13 | CASH | CASH – 4362470 | | $0.00 | $0.00 |
| 13 | 9/19/13 | GCO | 210613262 | | $13.00 | $0.00 |
| 14 | 9/19/13 | GCO | 316213262 | | $6.00 | $0.00 |
| 15 | 9/19/13 | CCAS | 368123539 | | $13.00 | $0.00 |
| 16 | 9/19/13 | GCO | 952426147 | | $13.00 | $0.00 |
| 17 | 9/20/13 | CCAS | 375181693 | | $0.00 | $0.00 |
| 18 | 9/20/13 | GCO | 104813263 | | $13.00 | $0.00 |
| 19 | 9/20/13 | CCAS | 276780874 | | $13.00 | $0.00 |
| 20 | 9/20/13 | AllState | 1021939186 | | $15.00 | $0.00 |
| 21 | 9/20/13 | CCAS | 914876622 | | $6.00 | $0.00 |
| 22 | 9/20/13 | CCAS | 262995224 | | $13.00 | $0.00 |
| 23 | 9/20/13 | AllState | 1021944033 | | $13.00 | $0.00 |
| 24 | 9/20/13 | GCO | 585313263 | | $6.00 | $0.00 |
| 25 | 9/20/13 | CCAS | 887397393 | | $13.00 | $0.00 |
| 26 | 9/21/13 | No Service Calls | Tropical Storm | | $0.00 | $0.00 |
| 27 | 9/22/13 | AllState | 1021958944 | | $13.00 | $0.00 |
| 28 | 9/22/13 | CCAS | 297309552 | | $0.00 | $0.00 |
| 29 | 9/22/13 | CCAS | 837634332 | | $13.00 | $0.00 |
| 30 | 9/23/13 | CCAS | 504430707 | | $13.00 | $0.00 |
| | | | | TOTAL S RUNS | $315.00 | $0.00 |
| | | | | LESS CASH RECEIVED | $0.00 | |
| | | | | EXPECTED PAY | $315.00 | |

**Jack Rabbit SERVICES, LLC**

Your Roadside Assistance Professionals

Lockouts • Tire Changes/Repair • Jump Starts • Fuel Delivery

24 HR. SERVICE
NEW EQUIPMENT
COMMUNICATIONS NETWORK

FOR ROADSIDE SERVICE, PLEASE CALL
(866) 274-3187

D — 632
C — 729

| DATE | TIME OF ARRIVAL | REQUESTED BY |
|---|---|---|
| 9/18 | 7:05 ☐ AM ☐ PM | CCAS |

NAME: Caitlyn Steffan    PHONE: 228-297-8507

ADDRESS: 19368 Morris Pond Rd

CITY: Gulf Port    STATE: MS.    ZIP: 39502

LOCATION OF VEHICLE: 204 n Cleakd Ave, LB 39560 (LBMS)    DISPATCHER: ROSANNE

YEAR / MAKE / MODEL: 05 Honda Accord    COLOR: Silver    TECHNICIAN: Ruck

PRE-EXISTING DAMAGE?
INDICATE EXISTING DAMAGE TO VEHICLE

1st CALL - 30 minute waiting time. New PO issued for 2nd Service call

PO #: 949178008    MM: GOA 161

VIN: 1HGCM 56865 A08 7627    ODOMETER: 159,870

MILES RENDERING: 17.0    SERVICE PERFORMED: T-2 JUMP START

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC; and, employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services: lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of any authority including any reasonable attorney fees the court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any express or implied warranty claim, any injury or harm resulting from the service or workmanship. I agree that ALL WARRANTIES WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. I certify I provided not to sue, but agree that the State of Florida, County of Escambia, will serve as the exclusive venue for any litigation between me and Jack Rabbit. Accordingly, I hereby submit to the personal jurisdiction of the Circuit Court for and for Escambia County, Florida, and waive any objection by me jurisdiction and any objection to the venue of an action brought in Escambia County's hereto.

Customer Signature: Caitlyn Steffan

13

GOA 161

2

**Jack Rabbit** SERVICES, LLC.

Your Roadside Assistance Professionals

Lockouts · Tire Changes/Repair · Jump Starts · Fuel Delivery

FOR ROADSIDE SERVICE, PLEASE CALL

**(866) 274-3187**

☐ Cash ☐ Check
☐ B&C ☐ VISA
☐ SPRC ☐ Charge
☐ AMEX

D – 729
C – 734

| DATE | TIME | | RECEIVED BY |
|------|------|--|-------------|
| 9/18 | 7:30 ☐AM ☐PM | | CCAS |

**NAME:** Caitlyn Steffan  **PHONE:** 228-297-8807

**ADDRESS:** 19508 Morris Pond Rd

**CITY:** Gulf Port  **STATE:** MS.  **ZIP:** 39502

**LOCATION OF VEHICLE:** 204 N Cleveland Ave, LB 39560  **DISPATCHER:** ROSANNE

**YEAR / MAKE / MODEL:** 05 Honda Accord  **COLOR:** Silver  **TECHNICIAN:** Nick

**PRE-EXISTING DAMAGE / INDICATE EXISTING DAMAGE TO VEHICLE:**

Won't Crank Tow Needed  CS

Won't Crank need. Tow

**CUSTOMER (INITIAL)**

| PO# | 105 | 172 | 396 | REF# |
|-----|-----|-----|-----|------|

| VIN | 1HGCM 56865 A08 7627 | ODOMETER | 159870 |
|-----|----------------------|----------|--------|

**MILES:** 17.0  **SERVICE PERFORMED:** T-2  JUMPSTART

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC, JACK RABBIT SERVICES, LLC, and, as applicable, the agents or operators of both (collectively "Jack Rabbit") to perform one or more of the following services (lock-out, jump-start, fuel delivery & flat tire replacement or repair, to the foregoing services I agree to hold harmless and hold Jack Rabbit from any liability and from liability holding from any attempt or any authority to/arising out of the said services...

**Customer Signature:** Caitlyn Steffan

13

# SERVICE INVOICE

**3**

Jack Rabbit SERVICES, LLC
Your Roadside Assistance Professionals
Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery
FOR ROADSIDE SERVICE, PLEASE CALL
(866) 274-3187
24 HR. SERVICE

PAID BY
☐ CASH ☐ Check
☐ M/C ☐ VISA
☐ DISC ☐ Charge
☐ AMEX

37 ETA
Dispatch 838
Completed 935

| DATE | TIME OF ARRIVAL | | REQUESTED BY |
|---|---|---|---|
| 9/18 | 9:30 | ☐AM ☑PM | CCAS |

**NAME:** Brenda Walton  **PHONE:** 228-523-1076

**ADDRESS:** 183 Keller Av

**CITY:** Biloxi  **STATE:** MS  **ZIP:** 39530

**LOCATION OF VEHICLE:** 10467 Corporate Drive 3808  **DISPATCHER:** Karen Cichon

**YEAR/MAKE/MODEL:** 2000 Mitsubishi Mirage  **COLOR:** White  **TECHNICIAN:** Rick Ross

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

Intraplex Parkway Veh AT

**NOTES:** Global Financial Aid Services

**CUSTOMER (INITIAL)**

**PO #:** 247 767 630  **M/F:** ———

**VIN #:** JA3AY26C4YU063003  **ODOMETER:** 159000

**MILES:** 14.8  **SERVICE PERFORMED:** T-7 Lockout

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC) and, employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services: lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms including from any mismanagement of any authority including any cost or attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any express or implied warranty claim, any injury or harm resulting from the service or use thereof. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. I certify I provided consent to tow, but agree that the scope of the service provided, with waiver in the exclusive venue for any litigation between such and Jack Rabbit. Accordingly, I hereby submit to the personal jurisdiction of the Circuit Court in and for the venue therein. I hereby submit to any disposition by law for exclusive seat any objections to the venue of an action brought in Okaloosa County, Florida.

**Customer Signature:** Brenda Walton

13

Lorraine Rd / Intraplex / Corporate Dr

**SERVICE INVOICE**

Jack Rabbit SERVICES, LLC

Lockouts • Tire Changes/Repair • Jump Starts • Fuel Delivery

FOR ROADSIDE SERVICE, PLEASE CALL
(866) 274-3187

PAID BY:
☐ Cash  ☐ Check
☐ MC  ☐ VISA
☐ DISC  ☐ Charge
☐ AMEX

37 ETA

Dispatch 838
Completed 939

| 9/18 | 9:04 | CCAS |
|------|------|------|

Brenda Welton          725-523-1076

183 Kella Av

Biloxi          MS     33520

10460 Corporate Drive 3808     Karen Cichon

2000 Mitsubishi Mirage | White | Rick Ross

PRE-EXISTING DAMAGE?

P.O.# 148.273 492

JA3AY26CYYU063003          159.000

14.8          T-2 JUMP START

By signing this invoice, I affirm that I gave this vehicle and/or I have the legal authority to authorize JACK RABBIT USA LLC, dba JACK RABBIT SERVICES, LLC, and authorize...

X Brenda Welton          13

* Motorist requested 2 services
  Jump START and Lockout.

**SERVICE INVOICE**

Jack Radant SERVICES, LLC.

Your Roadside Assistance Professionals

Lockouts · Tire Changes/Repair · Jump Starts · Fuel Delivery

**FOR ROADSIDE SERVICE, PLEASE CALL**
**(888) 274-3187**

PAID BY
☐ Cash   ☐ Check
☐ MC     ☐ VISA
☐ DISC   ☐ Charge
☐ AMEX

D - 11:86
GOA - 1222

| | | | |
|---|---|---|---|
| **DATE** 9/18 | **TIME OF ARRIVAL** 12:25 ☐AM ☐PM | **REQUESTED BY** CCAS | |

**NAME** Vincent Petrocelli   **PHONE** 225-806-5860

**ADDRESS** GOA 122

**CITY** GOA 122   **STATE**   **ZIP**

**LOCATION OF VEHICLE** Denny's 9351 Canal Rd   **DISPATCHER** SONYA

**YEAR / MAKE / MODEL** 08 Toyota Avalon   **COLOR** BLK   **TECHNICIAN** Jack

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

**CUSTOMER (INITIAL)**

**PO #** 303 693 1/2   **MI** —

**VIN #** GOA 122   **ODOMETER** GOA 122

**MILES IF REQUIRED** 2015   **SERVICE PERFORMED** T-7 Lockout

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RADANT USA, LLC; JACK RADANT SERVICES, LLC and, employees, agents or contractors of both (collectively "Jack Radant") to perform one or more of the following services (call-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Radant from any failure or harm incurred while performing any repair/replacement of any authority including any replacement amount lost or court cost. I expressly release Jack Radant from any liability for any incidental or consequential damages arising out of or in connection with the service/work performed, including but not limited to any express or implied warranties, any injury or harm resulting from the service or work/installation. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE HEREBY WAIVED BY JACK RADANT AND WAIVED BY CUSTOMER. I only, I guarantee not to lose any claim of a liable County of Columbia, valid service in the residence venue for any litigation between such and Jack Radant. Accordingly, I hereby waive its the personal jurisdiction of the Court Court for any for the sole choice, I waive and waive any objection to be the exclusive and any objection to the venue of an action brought in Columbia County, Florida.

**Customer Signature** GOA 122

| 13+ |
|-----|
| 1 mile |

* GOA upon arrival.

# SERVICE INVOICE

**Jack Rabbit SERVICES, LLC**
Your Roadside Assistance Professionals
Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery

**FOR ROADSIDE SERVICE, PLEASE CALL**
**(23)** **(888) 274-3187**

34 HR. SERVICE

PAID BY: Cash, Check, M.O., VISA, D/PC, Check+, AMEX

ETA 45
Dispatch 356
Completed

| | | | |
|---|---|---|---|
| DATE 9/18 | TIME OF ARRIVAL 4:19 | AM/PM | REQUESTED BY GCO |

NAME: Samer Baroudi
PHONE: 228-563-4999

ADDRESS: 4215 15th St

CITY: Gulfport
STATE: MS
ZIP: 39501

LOCATION OF VEHICLE: 4215-15th ST 39501
DISPATCHER: Courtney Hall

YEAR/MAKE/MODEL: 11 Toyota Camry
COLOR: White
TECHNICIAN: Rick Ross

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

CUSTOMER (INITIAL)

PO #: S30 313 261
M#

VIN #: 4T1BF3EK8BU722911
ODOMETER: 31,000

MILES READING: 14.4
SERVICE PERFORMED: T-7 - Lockout

Customer Signature: X _____

13

COAST HEART Institute (Baroudi MD)

# SERVICE INVOICE

**7**

Jack Rabbit SERVICES, LLC

Your Roadside Assistance Professionals

Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery

**FOR ROADSIDE SERVICE, PLEASE CALL.**
**(54) (888) 274-3187**

24 HR. SERVICE

**PAID BY**
☐ Cash ☐ Check
☐ MC ☐ VISA
☐ DISC ☐ Check
☐ Amex

45 et2

D- 501
C- 622

**DATE** 9 / 18  **TIME OF ARRIVAL** ☐ AM 5:55 ☐ PM  **REQUESTED BY** GCO

**NAME** John Nguyen  **PHONE** 999-999-9999

**ADDRESS** 14510 Le Moyne Blvd

**CITY** Biloxi (St. Martin)  **STATE** MS  **ZIP** 39532

**LOCATION OF VEHICLE** 13287 Rocky Mantein D, Woolmarket 39532  **DISPATCHER** Courtney

**YEAR / MAKE / MODEL** 05  Honda  Pilot  **COLOR** Sil.  **TECHNICIAN** nich

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

Woolmarket
39532

**NOTES**

**CUSTOMER (INITIAL)**

**PO #** 596 413 261  **M#** —

**VIN #** 5FNYF18Y10B029787  **ODOMETER** 157,931

**MILES** 8-8  **SERVICE PERFORMED** T-7 Lockout

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC and employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services: lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any future or harms resulting from any misrepresentation of my authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any diagnosis or implied warranty claim, any injury or harm resulting from the service or workmanship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I promise not to sue, but agree that limit of liability if any of Customer, will never be the conditions even for any litigation including reasonable fees. Accordingly, I hereby release to the personal jurisdiction of the Circuit Court in and for the counties chosen, I hereby and waive any objection to it, jurisdiction and any objection to that venue on this action brought in the circuit county, therein.

**Customer Signature** John Nguyen

13

# SERVICE INVOICE

**8**

JackRabbit SERVICES, LLC
Your Roadside Assistance Professionals
Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery
FOR ROADSIDE SERVICE PLEASE CALL.
(866) 274-3187
24 HR. SERVICE

**PAID BY:** ☐ Cash ☐ Check ☐ MC ☐ VISA ☐ DISC ☐ Charge ☐ AMEX

D-700
C-747

**DATE:** 9/18  **TIME OF ARRIVAL:** 7:37 ☐ AM ☑ PM  **REQUESTED BY:** CCAS

**NAME:** Oscar Eckhoff  **PHONE:** 228-831-4481

**ADDRESS:** 14269 Moss Wood Drive

**CITY:** Gulfport (Orange Grae)  **STATE:** MS  **ZIP:** 3950

**LOCATION OF VEHICLE:** SAME Residence  **DISPATCHER:** Kadisha

**YEAR / MAKE / MODEL:** 13 Toy Corolla  **COLOR:** BYL  **TECHNICIAN:** Nick

## PRE-EXISTING DAMAGE?
INDICATE EXISTING DAMAGE TO VEHICLE:

Orange Grove 39503

Notes: Car 2 weeks old!

**CUSTOMER (INITIAL)**

**PO#:** 939 110 278  **M#:** —

**VIN#:** 1TDBU4EE6DJ116201  **ODOMETER:** 0581.5

**MILES BY MARINO:** 21.6  **SERVICE PERFORMED:** T-2 JUMP START

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC; and, employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services lock-out, jump-start, fuel tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of any authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any express or implied warranty claims, any injury or harm resulting from the service or workmanship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE BEING WAIVED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I promise not to sue and agree that the laws of the County of Operation will serve as the exclusive venue for any litigation between us and Jack Rabbit. As such, I hereby submit to the personal jurisdiction of the Circuit Court in and for the county Orange, Florida, and waive any objection to it, jurisdiction and any objection as the venue of an action brought in Pasadena County, Florida.

**Customer Signature:** Oscar Eckhoff

13 +
2 miles

I-10 / Hwy 49 / Oneal Rd / Cypress Pond Sub.

# SERVICE INVOICE

9

**jack rabbit** SERVICES, LLC
Your Roadside Assistance Professionals
Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery
**FOR ROADSIDE SERVICE, PLEASE CALL**
**(866) 274-3187**

24 HR. SERVICE
NEW INDEPENDENT CONTRACTORS NEEDED!

**PAID BY**
- [ ] Cash [ ] Check
- [ ] MC [ ] VISA
- [ ] DISC [ ] Charge
- [ ] AMEX

D-839
C-922

| DATE | TIME OF ARRIVAL | REQUESTED BY |
|---|---|---|
| 9/18 | 8:59 ☐AM ☒PM | CCAS |

**NAME:** Mark W. Woodard  **PHONE:** 850-376-7994

**ADDRESS:** PO Box 71

**CITY:** Mary Ester  **STATE:** FLA  **ZIP:** 32565

**LOCATION OF VEHICLE:** I10 EB, EXIT 50 39532  **DISPATCHER:** Courtney

**YEAR / MAKE / MODEL:** 02 Nissa Maxima  **COLOR:** Grey  **TECHNICIAN:** Rick

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

GOA
789

NOTES:
WRONG
ADDRESS

**CUSTOMER (INITIAL)**

**PO #:** 358 756 190  **M#:**

**VIN #:** JN1DA31D12T452206  **ODOMETER:** 146,333

**MILES/HOURS:** 8.1  **SERVICE PERFORMED:** T-3  Tire Change

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC; and, employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services: lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of any authority excluding any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any express or implied warranty claim, any injury or loss resulting from the service or workmanship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. I, jointly, I hereby agree that, by law, but agree that the State of Florida, County of Escambia, will serve as the exclusive venue for any litigation between such parties. Accordingly, I hereby submit to the personal jurisdiction of the Circuit Court in and for Escambia County, Florida, and waive any objection to it, jurisdiction and any objection to the venue of an action brought in Escambia County, Florida.

**Customer Signature:** GOA 789

6

I10 EB, EXIT 50, BILOXI 39532

# SERVICE INVOICE

10

**Jack Rabbit SERVICES, LLC**
Your Roadside Assistance Professionals

Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery

**24 HR. SERVICE**

FOR ROADSIDE SERVICE, PLEASE CALL
(20) (866) 274-3187

PAID BY
☐ Cash  ☐ Check
☐ MO  ☐ VISA
☐ DISC  ☐ Charge
☐ AMEX

D - 839
C - 922

| | |
|---|---|
| **DATE** 9/18 | **TIME OF ARRIVAL** 8:59 ☐ AM ☐ PM | **REQUESTED BY** CCA6 |
| **NAME** Mark Weston Woodard | **PHONE** 850 376-7994 |
| **ADDRESS** PO Box 71 | |
| **CITY** Mary Ester | **STATE** FL | **ZIP** 32569 |
| **LOCATION OF VEHICLE** I-10 EB, xit 50 39565 | **DEPARTMENT** Country |
| **YEAR / MAKE / MODEL** 02 Nissan Maxima | **COLOR** Gry | **TECHNICIAN** RICK |

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

Vancleave (Not) Biloxi

**NOTES** AG-460 BAD SPARE

**CUSTOMER (INITIAL)**

**PO #** 307761205

**M#**

**VIN #** JN1DA31D12T452206

**ODOMETER** 146,333

**MILES TO/FROM** 8.3

**SERVICE PERFORMED** T-3 Tire Change

(Signature terms and conditions text - illegible fine print)

**Customer Signature:** _(signed)_

13

I-10 EB, Exit 50, Vancleave/Lathmer 39565

# SERVICE INVOICE

11

**Jack Rabbit SERVICES, LLC.**
Your Roadside Assistance Professionals

Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery

24 HR. SERVICE
NEW MANAGEMENT

**FOR ROADSIDE SERVICE PLEASE CALL**
(42) (888) 274-3187

PAID BY
☐ Cash ☐ Check
☐ M/C ☐ VISA
☐ DISC ☐ Check
☐ AMEX

D - 809
C - 902

| DATE | TIME OF ARRIVAL | | REQUESTED BY |
|---|---|---|---|
| 9/19 | 8:51 ☐ AM ☐ PM | | CCAS |

**NAME** Marcus Faison   **PHONE** 228-243-8716

**ATT/M SO** 264 Fairchild Dr.

**CITY** KAFB   **STATE** ms   **ZIP** 39534

**LOCATION OF VEHICLE** same   **DISPATCHER** 212

**YEAR / MAKE / MODEL** 08 Jeep Gr Cherko   **COLOR** Wht   **TECHNICIAN** RICK

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

KAFB
OFF Base Housing

NOTES

**CUSTOMER (INITIAL)**

**PO #** 103 091 666   **M #** _____

**VIN #** 1 J8 G S48 K08C 173008   **ODOMETER** 115,000

**MILES IN/ROUND** 4.9   **SERVICE PERFORMED** T-7 Lockout

41 W - 583

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC, JACK RABBIT SERVICES, LLC, and employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services: lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of my authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any express or implied warranty claim, any injury or harm resulting from the vehicle or membership. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I provide that to the, and agree that the laws of Florida, County of Escambia, will when in the exclusive venue for any litigation between me and Jack Rabbit. Accordingly, I hereby submit to the personal jurisdiction of the Circuit Court in and for Escambia County, Florida, and waive any objection to me jurisdiction and any objection to the venue of an action brought in Escambia County, Florida.

Customer Signature X Marcus Faison

13

# SERVICE INVOICE

12

**Jack Rabbit** SERVICES, LLC
Your Roadside Assistance Professionals

Lockouts • Tire Changes/Repair • Jump Starts • Fuel Delivery

**24 HR. SERVICE**

**FOR ROADSIDE SERVICE, PLEASE CALL**
**(866) 274-3187**

PAID BY
☐ Cash ☐ Check
☐ M/C ☐ VISA
☐ DISC ☐ Charge
☐ AMEX

D - 1153

| DATE | TIME OF ARRIVAL | REQUESTED BY |
|---|---|---|
| 9/15 | ☐ AM ☐ PM | CASH |

**NAME** Hubbard   **PHONE** (224) 223-9971

**ADDRESS** Cancel NON Payment

**CITY** Cancel   **STATE** Cancel   **ZIP** Cancel

**LOCATION OF VEHICLE** ISU 886 Beaos BLV   **DISTANCE?** ALMA

**YEAR / MAKE / MODEL** OD Ford Explora   **COLOR** White   **TECHNICIAN** RICK

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

45 + 5 fuel
motorist
DID NOT

**RESULTS** HAVE Money

**CUSTOMER (INITIAL)**

**PO #** CASH 4362470   **M #** Canal NON payment

**VIN #** Cancel NON Payment   **ODOMETER** Canal

**MILES READING** D 5   **SERVICE PERFORMED** T-5 Fuel

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC and, employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services: lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of any authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the services performed, including but not limited to any damages or implied warranty claims, any injury or harm resulting from the services or work performed. I agree that ALL WARRANTIES WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR ARE HEREBY ALSO DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I provide and so say, but agree that the State of Florida, County of Escambia, will serve as that exclusive venue for any litigation between me and Jack Rabbit. As such, I hereby submit to the personal jurisdiction of the Circuit Court in and for Escambia County, Florida, and waive any objection to its jurisdiction and any objection to the venue of an action brought in Escambia County, Florida.

**Customer Signature** Motorist did

NOT HAVE money

BesT WesTern Plus - 39520 - BiLoxi

# SERVICE INVOICE

**Jack Rabbit SERVICES, LLC**
Your Roadside Assistance Professionals

13

Lockouts • Tire Changes/Repair • Jump Starts • Fuel Delivery

**FOR ROADSIDE SERVICE, PLEASE CALL**
(888) 274-3187

24 HR. SERVICE

PAID BY
- ☐ Cash   ☐ Check
- ☐ M/O    ☐ VISA
- ☐ DISC   ☐ Check
- ☐ AMEX

D — 1150
C — 100

| DATE | TIME OF ARRIVAL | REQUESTED BY |
|------|-----------------|--------------|
| 9/19 | 12:30 ☐AM ☑PM | GCO |

**NAME** Barbara Ann Perry   **PHONE** (228) 990-4980

**ADDRESS** PO Box 183

**CITY** Escatawpa   **STATE** MS   **ZIP** 39552

**LOCATION OF VEHICLE** 1217 WASH AVE OSP   **DISPATCHER** Sonya

**YEAR / MAKE / MODEL** 10 Honda Ody   **COLOR** Gold   **TECHNICIAN** Rick

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

OSP 39564

NOTES:

**CUSTOMER (INITIAL)**

**PO #** 210 613 262   **M#**

**VIN #** 5S NRL3H70 AB033438   **ODOMETER** 70,00

**MILES TRAVELED** 5.3   **SERVICE PERFORMED** T-3 Tire Chng

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC; and, employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services: lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of my authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any express or implied warranty claim, any injury or harm resulting from the service or workmanship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I promise not to sue, but agree that the laws of Florida, County of Escambia, will serve as the exclusive venue for any litigation between said Jack Rabbit. Accordingly, I hereby submit to the personal jurisdiction of the Circuit Court for said Escambia County, Florida, and waive any objection to its jurisdiction and any objection to the venue of an action brought in Escambia County, Florida.

Barbara R. Perry

13

# SERVICE INVOICE

14

**Jack Rabbit SERVICES, LLC**
Your Roadside Assistance Professionals
Lockouts – Tire Changes/Repair – Jump Starts – Fuel Delivery

**24 HR. SERVICE**

**FOR ROADSIDE SERVICE PLEASE CALL**
**(866) 274-3187**

PAID BY
☐ Cash  ☐ Check
☐ MC  ☐ VISA
☐ DISC  ☐ Discover
☐ AMEX

ETA 45

D-12/12
GOA-12738

| DATE 9/19 | TIME OF ARRIVAL GOA ☐ AM ☐ PM | REQUESTED BY GCO |
|---|---|---|

NAME: Singh Suvinder    PHONE: (601) 572-7122

ADDRESS: GOA 912

CITY: GOA 912    STATE:    ZIP: GOA 912

LOCATION OF VEHICLE: 2108 25th Ave, 39501    DISPATCHER: Erin

YEAR / MAKE / MODEL: 13 Volvo SC 60    COLOR: GRY    TECHNICIAN: RICK

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

GOA 912

NOTES: The Bow Shop

**CUSTOMER (INITIAL)**

| PO # 316 213 262 | M# GOA 912 |
|---|---|

VIN #: GOA 912    ODOMETER: GOA 912

MILES REQUIRED: 1315    SERVICE PERFORMED: T-3 Tir Chong

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to entrust JACK RABBIT USA, LLC; JACK RABBIT SERVICE, LLC and, employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of my authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the completed performance, including but not limited to any express or implied warranties any claims, any injury or harm resulting from this service or workmanship. I agree that ALL WARRANTIES WHETHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I permit not to sue, but agree that the State of Florida, County of Escambia, will serve to the exclusive venue for any litigation between such and Jack Rabbit. Accordingly, I hereby submit to the personal jurisdiction of the Circuit Court in and for Escambia County, Florida and waive any objection to its jurisdiction and any objection to the venue of its actions brought in Escambia County, Florida.

Customer Signature: GOA 912    6

Cancelled due To Extended ETA
GOA 912.

# SERVICE INVOICE

15

## Jack Rabbit SERVICES, LLC
Your Roadside Assistance Professionals

Lockouts • Tire Changes/Repair • Jump Starts • Fuel Delivery

**FOR ROADSIDE SERVICE, PLEASE CALL**
(43) (888) 274-3187

24 HR. SERVICE

PAID BY
☐ Cash    ☐ Check
☐ Am/x    ☐ Visa
☐ Disc    ☐ Charge
☐ Amex

ETA 37
D 1220
C 115

| DATE | TIME OF ARRIVAL | REQUESTED BY |
|------|------|------|
| 9 / 19 / 13 | 1:10 ☐AM ☑PM | CCAS |

**NAME** Allyn Schmidt  **PHONE** (228) 197-3512

**ADDRESS** 14916 E Shadow Creek Dr.

**CITY** Biloxi  **STATE** MS  **JOB#** 39532

**LOCATION OF VEHICLE** Beau Rivage  39530  **DISPATCHER** Erin Boker

**YEAR / MAKE / MODEL** 2011 Hyndai Sonata  **COLOR** Blue  **TECHNICIAN** RICK

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

**CUSTOMER (INITIAL)**

**PO#** 368 123 539  **M#**

**VIN#** 5NPEC4AC8BH 265719  **ODOMETER** 32538

**MILES RENDERED** .5  **SERVICE PERFORMED** T-2  JumpStart

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC and employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services: lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of any authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any express or implied warranty claim, any injury or harm resulting from the service or workmanship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I provide and to the fullest extent the laws of the County of _____, will serve as the exclusive venue for any litigation between myself and Jack Rabbit. Accordingly, I hereby submit to the personal jurisdiction of the Circuit Court for any of _____ County, Florida, and waive any objection to it, jurisdiction and any objection to the venue of this action brought in _____ County, Florida.

**Customer Signature** X_____

13

# SERVICE INVOICE

**PAID BY**
☐ Cash  ☐ Check
☐ M/C  ☐ VISA
☐ DISC  ☐ Charge
☐ AMEX

**Jack Rabbit SERVICES, LLC**
Your Roadside Assistance Professionals
Lockouts – Tire Changes/Repair – Jump Starts – Fuel Delivery

**FOR ROADSIDE SERVICE, PLEASE CALL**
**(866) 274-3187**

ZM 37
Dispatch 1235
Completed 250

| | | |
|---|---|---|
| **DATE** 9/19 | **TIME OF ARRIVAL** 1:40 AM/PM | **RECEIVED BY** G-CO |

**NAME** Shan Crawford  **PHONE** 228 861 4202

**ADDRESS** 38313 Fins St

**CITY** Pearl River  **STATE** LA  **ZIP** 70452

**LOCATION OF VEHICLE** 04 Marks Rd  OSP  **DISPATCHER** Kelly

**YEAR / MAKE / MODEL** 12 Ford F150 CC  **COLOR** White  **TELEPHONE** RICK

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

OSP.
39564

Garrott
Dermatology

**CUSTOMER (INITIAL)**

**PO#** 952 426 147  **M#**

**VIN#** 1FTFW1EF9CFA70710  **ODOMETER** 72,010

**MILES FINISHING** 7.2  **SERVICE PERFORMED** T-3 Tire Change

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC; and, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services (lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any claims or losses resulting from any mismanagement of any authority including any misdelivery arising from or claim upon. I expressly release Jack Rabbit from any liability for any threatened or consequential damages arising out of or in connection with the services to be performed, including bodily injury or damage to the vehicle. I agree that ALL WARRANTIES, WHETHER EXPRESSED or IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. I understand and agree that the laws of the State of Columbia, shall govern. Accordingly, I hereby submit to the jurisdiction of the Courts for Columbia County.

13

**CUSTOMER SIGNATURE**

# SERVICE INVOICE

17

**Jack Rabbit SERVICES, LLC**
Your Roadside Assistance Professionals
Lockouts • Tire Changes/Repair • Jump Starts • Fuel Delivery

**FOR ROADSIDE SERVICE, PLEASE CALL**
**(866) 274-3187**

24 HR. SERVICE
NEW ORLEANS CITY COMMUNICATION CENTER

PAID BY
☐ Cash   ☐ Check
☐ MC     ☐ VISA
☐ DISC   ☐ OTHER
☐ AMEX

ETA 37
Dispatch 722 Am
NAP 725 Am

| DATE | TIME OF ARRIVAL ☐ AM ☐ PM | REQUESTED BY |
|------|------|------|
| 9/20 | NAD | CCAS |

**NAME** Cynthia Clagett   **PHONE** 210 487 8714

**ADDRESS** NAD

**CITY** NAD   **STATE** NAD   **ZIP** NAD

**LOCATION OF VEHICLE** Gautier I10 EB, Martin Bluff (EXIT) 39553   **DISPATCHER** Chas B

**YEAR / MAKE / MODEL** 2011 Nissan Rogue   **COLOR** Black   **TECHNICIAN** Richard

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

NAD
per
Doyle

REASON
ACCIDENT
I10 EB
Interstate
Closed Exit 57

**CUSTOMER (INITIAL)**

**PO #** 375 181 693   **MI #** NAD per Doyle

**VIN #** NAD   **ODOMETER** NAD

**MILES (IF NONE)** 21.7   **SERVICE PERFORMED** T-2 Jumpstart

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC; and employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any liability or harms resulting from any misrepresentation of any authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any and all liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any equipment or freight/cargo claim, any injury or harm resulting from the service or workmanship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. I agree I provide out to tow, but agree that the labor of I have the agency of Customer, with respect to the particular terms for any litigation between customer and Jack Rabbit. As to all things, I hereby submit to the personal jurisdiction of the Circuit Court in and for the entire County, Florida, and waive any objection to it, in relation and any other than to the venue of an action brought in Escambia County, Florida.

**CUSTOMER SIGNATURE** NAD per Doyle   Ⓧ

---

"Interstate 10, EB Closed at Exit 57
(Gautier Exit) per Local TV Station
WLOX. Due to 4 car pile up (Accident)

# SERVICE INVOICE

18

**Jack Rabbit SERVICES, LLC**
Your Roadside Assistance Professionals

PAID BY
☐ Cash   ☐ Check
☐ MC     ☐ VISA
☐ DISC   ☐ Charge
☐ AMEX

Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery

**24 HR. SERVICE**

**FOR ROADSIDE SERVICE, PLEASE CALL**
(17)
**(866) 274-3187**

D – 757
C – 821

| DATE | TIME OF ARRIVAL | RECEIVED BY |
|---|---|---|
| 9/20 | 8:14 ☐ AM ☐ PM | G Co |

**NAME:** Walter Joseph Gates     **PHONE:** (832) 414-9346

**ADDRESS:** 213 Magock St.

**CITY:** L     VS     **STATE:** MS     **ZIP:** 39560

**LOCATION OF VEHICLE:** SANI     **DISPATCHER:** SAND I

**YEAR / MAKE / MODEL:** 04 Chev Suburban     **COLOR:** S.I.     **TECHNICIAN:** Rick

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

Long Beach

39560

**CUSTOMER (INITIAL)**

**PO #** 10 48 3 263     **M#**

**VIN #** 1GNEC16204J326140     **ODOMETER:** 110,000

**MILES BY RD RNO:** 17     **SERVICE PERFORMED:** T-7 Lockout

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC; and, employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services: lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of any authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any express or implied warranty claim, any injury or harm resulting from the service or workmanship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR AND IS HEREBY ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I provide that to say, but agree that the State of I waive County of Concerning, will serve in the exclusive for any litigation between customer and Jack Rabbit. Accordingly, I hereby agree that the personal jurisdiction of the Circuit Court in and for Escambia County, Florida, and waive any objection to it, the exclusive and any objection to the venue of the action brought in Escambia County, Florida.

**Customer Signature:** [signature]     1/20/2013     13

# SERVICE INVOICE

**Jack Rabbit SERVICES, LLC.**
Your Roadside Assistance Professionals

Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery

**24 HR. SERVICE**
**FOR ROADSIDE SERVICE, PLEASE CALL**
(23) **(866) 274-3187**

PAID BY
☐ CASH   ☐ CHECK
☐ M/C    ☐ VISA
☐ DISC   ☐ Check
☐ AMEX

45 Min

D - 1055
C - 1131

| DATE | TIME OF ARRIVAL | REQUESTED BY |
|---|---|---|
| 9/20 | 9:22 AM ☐ PM | CCA5 |

**NAME** Malorie Pitt   **PHONE** 228 697 8227

**ADDRESS** 11993 MWSIC Ct

**CITY** Gulfport   **STATE** MS   **ZIP** 39507

**LOCATION OF VEHICLE** 100 Perry Dr   Gt   **DISPATCHER** Cheri

**YEAR / MAKE / MODEL** 04 Ford Efank   **COLOR** Green   **TECHNICIAN** Rick

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

MP

**CUSTOMER (INITIAL)**

HOUSOS

**PO #** 276 780 874   **M#**

**VIN #** 1FMCU 0311 41?A 97365   **ODOMETER** 105,476

**MILES** 10.6   **SERVICE PERFORMED** T-7 Lockout

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC, JACK RABBIT SERVICES, LLC and, employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of my authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any express or implied warranty claim, any injury or harm resulting from the transfer or workmanship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I promise not to sue, but agree that the state of Florida, County of Escambia, will serve as the exclusive venue for any litigation between me and Jack Rabbit. As customer, I hereby submit to the personal jurisdiction of the Circuit Court in and for Escambia County, Florida, and waive any objection to, jurisdiction and any objection to the venue of an action brought in Escambia County, Florida.

**Customer Signature** MP

13

# SERVICE INVOICE

20

**Jack Rabbit**
SERVICES, LLC
Your Roadside Assistance Professionals

Lockouts • Tire Changes/Repair • Jump Starts • Fuel Delivery

**24 HR. SERVICE**

**NEW INDEPENDENT CONTRACTORS NEEDED**

**FOR ROADSIDE SERVICE, PLEASE CALL**
**(866) 274-3187**

PAID BY
☐ Cash   ☐ Check
☐ MC     ☐ Visa
☐ DISC   ☐ Charge
☐ AMEX

45 MIN

D  1108
C  1210

| | | |
|---|---|---|
| **DATE** 9/20 | **TIME OF ARRIVAL** 11:54 ☐ AM ☐ PM | **REQUESTED BY** ALLSTATE |

**NAME** Glenda Dusset     **PHONE** 337-280-8182

**ADDRESS** 707 E. North St #504

**CITY** PIC     **STATE** MS     **ZIP** 39572

**LOCATION OF VEHICLE** 2nd St/ Courtenay Ave 39571     **DISPATCHER** JULIE

**YEAR/MAKE/MODEL** 13 Dodge Jourey     **COLOR**     **TECHNICIAN** Nick

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE.

Pass
Christion

**NOTES**
Temp
TM

**CUSTOMER (INITIAL)**

**PO#** 102 193 9186     **M#**

**VIN#** 3C4 PD CA BX DT 610517     **ODOMETER** 10,473

**MILES INCURRED** 21.9     **SERVICE PERFORMED** T-3 Tire Change

13 +
2 miles

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC and, employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or injuries resulting from any misrepresentation of any authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any express or implied warranty claim, any injury or harm resulting from the service or workmanship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I promise not to sue, but agree that the laws of Florida, County of Escambia, will serve as the exclusive venue for any litigation between me and Jack Rabbit. Accordingly, I hereby submit to the personal jurisdiction of the Circuit Court in and for Escambia County, Florida, will waive any objection to it, jurisdiction and any objection to the venue of an action brought in Escambia County, Florida.

**Customer Signature**

# SERVICE INVOICE

21

**Jack Rabbit** SERVICES, LLC.

Your Roadside Assistance Professionals

Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery

24 HR. SERVICE
NOW ACCEPTING COMMISSIONS REVIEW

**FOR ROADSIDE SERVICE, PLEASE CALL**
**(866) 274-3187**

PAID BY
- ☐ Cash ☐ Check
- ☐ MO ☐ VISA
- ☐ DISC ☐ Certain
- ☐ AMEX

ETA 37

D 237 pm
GOA

| DATE | TIME OF ARRIVAL ☐ AM ☐ PM | REQUESTED BY |
|---|---|---|
| 9/00 | GOA | CCAS |

| NAME | | PHONE |
|---|---|---|
| Steffani Jones | | 601-310-9676 |

**ADDRESS** GOA 420

| CITY | STATE | ZIP |
|---|---|---|
| GOA 420 | GOA | GOA 420 |

| LOCATION OF VEHICLE | DISPATCHER |
|---|---|
| 165 Roselle Street, Blx 39530 | Cindy |

| YEAR / MAKE / MODEL | COLOR | TECHNICIAN |
|---|---|---|
| 10 Ford Tarus | Blue | RICK ROSS |

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

Gill Ave

Irish Hill Dr

GOA 420

**CUSTOMER (INITIAL)**

| PO # | M# |
|---|---|
| 914 876 622 | GOA 420 |

| VIN # | ODOMETER |
|---|---|
| GOA 420 | GOA 420 |

| MILES READING | SERVICE PERFORMED |
|---|---|
| 1.4 | T-2 JumpSTART |

By signing this invoice, I affirm that I own this vehicle and/or I have the legal authority to authorize JACK RABBIT USA LLC; JACK RABBIT SERVICES, LLC; and, employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of any authority including any and all action discovery fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any elements or implied warranty claims, any injury or harm resulting from the service or non-ownership. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I guarantee to pay, but agree that the costs of I hereby, warranty of Consumers, will serve in the customers waiver for any litigation between and until Jack Rabbit. Accordingly, I hereby submit to the personal jurisdiction of the Circuit Courts in and for the entire County, Florida, and waive any objection to in, jurisdiction and any objection to the venue of any action brought in Circuit County, Florida.

Customer Signature  GOA 420

6

# SERVICE INVOICE

22

**Jack Rabbit**
SERVICES, LLC
Your Roadside Assistance Professionals

Lockouts • Tire Changes/Repair • Jump Starts • Fuel Delivery

**24 HR. SERVICE**
**NEW INVESTMENT CONTRACTORS SERVICES**

**FOR ROADSIDE SERVICE, PLEASE CALL**
**(888) 274-3187**

**PAID BY**
☐ CASH   ☐ CHECK
☐ M/C    ☐ VISA
☐ DISC   ☐ CHARGE
☐ AMEX

D-245
C-345

| DATE | TIME OF ARRIVAL | | ACQUIRED BY |
|------|------|------|------|
| 9/20 | 3:28 ☐ AM ☐ PM | | CCAb |

**NAME:** Angela Flanagan   **PHONE:** (228) 239-9167

**ADDRESS:** 7409 Benton Drive

| CITY | STATE | ZIP |
|------|------|------|
| Biloxi | MS | 39532 |

**LOCATION OF VEHICLE:** 7405 Benton Biloxi 39532   **DISPATCHER:** Cindy

| YEAR / MAKE / MODEL | COLOR | TECHNICIAN |
|------|------|------|
| 00  P  PBin | Blk | Rick |

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

**CUSTOMER (INITIAL)**

**PO #** 262 995 224   **MI#**

**VIN #** 2G2FS22KXY2139145   **ODOMETER:** 182,031

**MILES REQUIRED:** 5.4   **SERVICE PERFORMED:** T-7 Lockout

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC; and, employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services: lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of any authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any express or implied warranty claim, any injury or harm resulting from the service or workmanship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I provide and/or agree that the laws of Florida, County of Escambia, will serve as the exclusive venue for any litigation between me and Jack Rabbit. Accordingly, I hereby submit to the personal jurisdiction of the Circuit Court for and for Escambia County, Florida, and waive any objection to its jurisdiction and any objection to the venue of an action brought in Escambia County, Florida.

**X** Angela Flanagan

5

# SERVICE INVOICE

23

**Jack Rabbit** SERVICES, LLC.

Your Roadside Assistance Professionals

Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery

**24 HR. SERVICE**

**FOR ROADSIDE SERVICE, PLEASE CALL**
**(888) 274-3187**

PAID BY
☐ CASH   ☐ CHECK
☐ M/O   ☐ VISA
☐ DEBIT   ☐ CHARGE
☐ AMEX

| | | | |
|---|---|---|---|
| **DATE** 9/20 | **TIME OF ARRIVAL** 9:20 ☐ AM ☐ PM | **REQUESTED BY** | ALL S |
| **NAME** Christopha | Center | **PHONE** | 601-434-3926 |
| **ADDRESS** 2421 | Beechia | D. | # C05 |
| **CITY** OS | | **STATE** MS | **ZIP** 39534 |
| **LOCATION OF VEHICLE** Hwy 80 X Johnson Rd | | **DISPATCHER** | JAYK |
| **YEAR / MAKE / MODEL** +3 | | **COLOR** RED | **TECHNICIAN** RICK |

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

Johnston Rd
39 SS3

**NOTES**

**CUSTOMER (INITIAL)**

| | | | |
|---|---|---|---|
| **PO #** 102 194 4033 | | **M#** | |
| **VIN #** GTDN 1360 68126 158 | | **ODOMETER** 184.00 | |
| **MILES IN ACTIVE** 16.1 | | **SERVICE PERFORMED** T-7 Lockout | |

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC, JACK RABBIT SERVICES, LLC and employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services: lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of my authority including any reasonable attorney fees or court costs. I expressly relieve Jack Rabbit from any liability for any instance of consequential damages arising out of or in connection with the service(s) performed, including but not limited to any damages or implied warranty claims, any injury or loss of property or workmanship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I provide and to any, but agree that the later of I hereto, County of Escambia, will serve as the exclusive venue for any litigation between me and Jack Rabbit. Accordingly, I hereby submit to the personal jurisdiction of the Circuit Court in and for Escambia County, Florida, and waive any objection to the venue of an action brought in Escambia County, Florida.

**Customer Signature** X _____ 13

# SERVICE INVOICE

**24**

Jack Rabbit SERVICES, LLC

Your Roadside Assistance Professionals

Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery

| 24 HR. SERVICE | **FOR ROADSIDE SERVICE, PLEASE CALL** |
| NEW EMPLOYMENT OPPORTUNITIES HERE! | **(866) 274-3187** |

PAID BY
☐ Cash  ☐ Check
☐ MC  ☐ Visa
☐ DFSC  ☐ Change
☐ AMX

**45 Min**

D
GOA

| DATE 9/20 | TIME OF ARRIVAL GOA ☐ AM ☐ PM | REQUESTED BY GCO |

| NAME Kim Lemere | PHONE 228 861-4262 |

ADDRESS GOA 121

| CITY GOA 121 | STATE GOA | ZIP GOA 121 |

| LOCATION OF VEHICLE N SIDE 11166 Lorraine Rd 39503 | DISPATCHER STACEY |

| YEAR / MAKE / MODEL 10 Toyota Corolla | COLOR WHITE | TECHNICIAN RICK |

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE:

Actual address
11397
Helen
Richards Dr

NOTES
ALLEN
Toyota
Scion

CUSTOMER (INITIAL)



| PO # 585 313 263 | M# GOA 121 |

| VIN # GOA 121 | ODOMETER GOA 121 |

| MILES INCOMING 138 | SERVICE PERFORMED T-3 Tire Change |

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC; and, employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services lock-out, jump-start, fuel delivery, tire change/installation or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any noncompliance and for any authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the serviced performed, including but not limited to any comfort or implied warranty claim, any injury or harm resulting from the transfer or use thereof, I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I promise not to, and agree that the State of Florida, County of Escambia, will have on their exclusive venue for any litigation between me and Jack Rabbit. As confirming, I hereby submit to the personal jurisdiction of the Circuit Court in and for the county of Escambia, Florida, and waive any objection to its jurisdiction and any objection to the venue of this action brought in Escambia County, Florida.

Customer Signature: GOA 121

| 6 |

Bad ADDRESS: 11166 Lorraine Rd (McDonald's)
Actual ADDRESS: 11397 Helen Richards Dr (Allen Toyota)

# SERVICE INVOICE

25

**Jack Rabbit SERVICES, LLC**
Your Roadside Assistance Professionals

Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery

24 HR. SERVICE

FOR ROADSIDE SERVICE, PLEASE CALL
(37) (866) 274-3187

D - 639
C - 724

PAID BY
☐ Cash  ☐ Check
☐ A/C  ☐ VISA
☐ Deb/C  ☐ Charge
☐ AMEX

**DATE** 9/20  **TIME OF ARRIVAL** 5/6 ☐ AM ☑ PM  **REQUESTED BY** CCPD

**NAME** Yolanda Wright  **PHONE** (2) 257-0405

**ADDRESS** 909 Graystone D.

**CITY** Biloxi  **STATE** MS  **ZIP** 39532

**LOCATION OF VEHICLE** 741 E Pass H. 39507  **DISPATCHER** Katish

**YEAR / MAKE / MODEL** 92 Acura Legend  **COLOR** Glu  **TECHNICIAN** RICH

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

Motorist paid for

**NOTES** fuel $5.00

**CUSTOMER (INITIAL)**

**PO #** 887 397 393  **M#** _____

**VIN #** JH4KA7667NC027419  **ORIGINAL BILL** 750, 719

**MILES** 10.4  **SERVICE PERFORMED** T-5 Fuel

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC and employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services: lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of any authority including any replacement attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the product(s) performed, including but not limited to any physical or bodily injuries, any injury or harm resulting from the service or workmanship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. I certify I permitted and to that, but agree that the Date of I hereby reads. As customer, I hereby waived to the personal property item of the Correct Credit in and for the entire Company, I further, and waive any information to by, be indication and any injuries to the vehicle and/or service provided by Jack Rabbit or its agents.

**Customer Signature** _[signature]_

13

# SERVICE INVOICE

**SERVICES, LLC**

Your Roadside Assistance Professionals

Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery

**FOR ROADSIDE SERVICE, PLEASE CALL**
**(866) 274-3187**

24 HR. SERVICE

PAID BY
- ☐ CASH   ☐ Check
- ☐ BILL   ☐ VISA
- ☐ DISC   ☐ Charge
- ☐ AMEX

26

ETA ⊘

| DATE | TIME OF ARRIVAL ☐ AM ☐ PM | REQUESTED BY |
|---|---|---|
| 9/21 | : | NO SERVICE CALLS |

**NAME:** Tropical Storm

**PHONE:** no Runs

**ADDRESS:** no RUns — no Service Call

**CITY:** no Run

**STATE:** | **ZIP:**

**LOCATION OF VEHICLE:** no Service Call

**DISPATCHER:**

**YEAR / MAKE / MODEL:** no service call

**COLOR:** | **TECHNICIAN:** Rick

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

Tropical Storm

**NOTES:** no Runs



**CUSTOMER (INITIAL)**

**PO #** Tropical Storm

**M#** no Runs

**VIN #** no RUns

**ODOMETER** no RUns

**MILES IF ACHING** ⊘

**SERVICE PERFORMED** T- ⊘ no service calls

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC; and, employees, agents, or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services (lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle). I agree to indemnify and hold harmless Jack Rabbit from any failure or harms resulting from any extrajudicial use of any authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any express or implied warranty claims, any injury or harm resulting from the service or contractorship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. I agree I permit but to sue, but agree that the right of this customer to any of its indefinite venue for any litigation between us and Jack Rabbit. Accordingly, I hereby submit to the personal jurisdiction of the Circuit Court in and for Escambia County, Florida, and waive any objection to jurisdiction and any objection to the venue of an action brought in Escambia County, Florida.

**Customer Signature** No RUns ⊘

Tropical Depression
along Gulf Coast
Texas, Louisiana, Mississippi

# SERVICE INVOICE

**27**

## Jack Rabbit SERVICES, LLC
Your Roadside Assistance Professionals

**Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery**

24 HR. SERVICE

FOR ROADSIDE SERVICE, PLEASE CALL
**(866) 274-3187**

PAID BY
- ☐ Cash
- ☐ M/C
- ☐ DISC
- ☐ AMEX
- ☐ Check
- ☐ VISA
- ☐ Charge

ETA **33**

D **756 D**
C **846 A**

| DATE | TIME OF ARRIVAL | REQUESTED BY |
|------|------|------|
| 9/22 | 8:37 ☐ AM ☒ PM | ALLSTATE |

| NAME | PHONE |
|------|------|
| Catherine Curry | 028 238 1123 |

**ADDRESS** 1003 Deny Ave

| CITY | STATE | ZIP |
|------|------|------|
| OSP | MO | 39564 |

**LOCATION OF VEHICLE** 1003 Denny Ave OSP 39564   **DISPATCHER** Kelly

| YEAR / MAKE / MODEL | COLOR | TECHNICIAN |
|------|------|------|
| 11 Buick Regal | Brown | Rick Ross |

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

Hwy 90
MLK Ave
Weed ST

**CUSTOMER (INITIAL)**

| PO # | M# |
|------|------|
| 102 19S 8944 | |

| VIN # | ODOMETER |
|------|------|
| W04GW5E118B1111451 | 38/126 |

| MILES REACHING | SERVICE PERFORMED |
|------|------|
| 5.1 | T-2 JUMP START |

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC; and, employees, agents, or contractors of both (collectively "Jack Rabbit") to perform one or more of its following services: lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harm resulting from any misrepresentation of my authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any express or implied warranty claims, any injury or harm resulting from the service or workmanship. I agree that ALL WARRANTIES EXPRESS & IMPLIED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. I only permit and agree that any time taken or litigation in county of Escambia, will serve as the exclusive venue for any litigation between such and Jack Rabbit. As to disputes, I hereby submit to the personal jurisdiction of the Circuit Court in and for Escambia County, Florida, and waive any objection by its jurisdiction and any objection to the venue of an action brought in Escambia County, Florida.

Customer Signature: **X** Catherine Curry

**13**

# SERVICE INVOICE

**Jack Rabbit** ~~SERVICES, LLC~~

Your Roadside Assistance Professionals

**28**

Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery

**24 HR. SERVICE**

**FOR ROADSIDE SERVICE, PLEASE CALL**
**(866) 274-3187**

PAID BY
- ☐ CASH  ☐ Check
- ☐ M/C  ☐ VISA
- ☐ DISC  ☐ Charge
- ☐ AMEX

ETA 37
D 1136
Cancel 1137

| DATE | TIME OF ARRIVAL | REQUESTED BY |
|---|---|---|
| 9/22 | 2 ☐ AM ☐ PM | CCAS |

| NAME | PHONE |
|---|---|
| Megan Atkinson | 601-665-2879 |

**ADDRESS** Cancelled By motorist

| CITY | STATE | ZIP |
|---|---|---|
| Cancelled | | Cancel |

**LOCATION OF VEHICLE**  2476 W Beach Blvd BLX 39531

**DISPATCHER** Rosanne

| YEAR / MAKE / MODEL | COLOR | TECHNICIAN |
|---|---|---|
| 11 Ford Fusion | | Rick |

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

Cancelled By motorist

**NOTES** motel Co.

**CUSTOMER (INITIAL)**

| PO # | |
|---|---|
| 0997 309 552 | MI# Cancelled by motorist |

| VIN # | ODOMETER |
|---|---|
| Cancelled Service | Cancelled |

| BILL $ | SERVICE |
|---|---|
| AMT INV PD 5.6 | PERFORMED T-7 LOCKOUT |

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC, JACK RABBIT SERVICES, LLC, and, employees, agents or contractors of both companies ("Jack Rabbit") to perform one or more of the following services: lock-out, jump-start, fuel delivery, tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of my authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any express or implied warranty claim, any injury or harm resulting from the service or workmanship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. I certify I provided all to, but agree that Jack Rabbit is held harmless. Accordingly, I hereby submit to the personal jurisdiction of the Circuit Court located for Escambia County, Florida, and waive any objection to it. In individual and any objection to the venue of the action brought in Escambia County, Florida.

**Customer Signature**  Cancelled by motorist

" Customer Cancelled He Busted Window to get in car. Customer Mr Atkinson "

# SERVICE INVOICE

29

**Jack Rabbit** SERVICES, LLC
Your Roadside Assistance Professionals

Lockouts • Tire Changes/Repair • Jump Starts • Fuel Delivery

FOR ROADSIDE SERVICE, PLEASE CALL
(866) 274-3187

24 HR. SERVICE

PAID BY
☐ Cash  ☐ Check
☐ MC  ☑ VISA
☐ DISC  ☐ Courier
☐ AMEX

10:02
P
C 60 84

| DATE | TIME OF ARRIVAL | REQUESTED BY |
|---|---|---|
| 9/22 | 8:40 ☑ AM ☐ PM | CCA6 |

**NAME:** Ann Marie Crydenn  **PHONE:** 951-326-9862

**ADDRESS:** 1664 Unit 22 Bld  BV

**CITY:** Bih  **STATE:** MS  **ZIP:** 39531

**LOCATION OF VEHICLE:** Oak Shores 1664 Beach Blvd  **DISPATCHER:** ROSANNE

**YEAR / MAKE / MODEL:** 15 NISS ROGUE  **COLOR:** Whit  **TECHNICIAN:** RIA

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

OakShore
Condos

| INDEX | |
|---|---|
| #22 | |

**CUSTOMER (INITIAL)**

**PO #:** 837 634 332  **M#:**

**VIN #:** JN8A55MV9DW613310  **ODOMETER:** 5,100

**MILES REACHING:** 3.2  **SERVICE PERFORMED:** T-3 Tire Change

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC; and, employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services: lock-out, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or claims resulting from any misrepresentation of any authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the service(s) performed, including but not limited to any express or implied warranty claims, any injury or harm resulting from the service or workmanship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I promise and to pay, but agree that the State of Florida, County of Escambia, will serve as the exclusive venue for any litigation between me and Jack Rabbit. Accordingly, I hereby submit to the personal jurisdiction of the Circuit Court in and for Escambia County, Florida, and waive any objection to its jurisdiction and any objection to the venue of an action brought in Escambia County, Florida.

**Customer Signature:** X

13

# SERVICE INVOICE

30

**Jack Rabbit** SERVICES, LLC
Your Roadside Assistance Professionals

Lockouts - Tire Changes/Repair - Jump Starts - Fuel Delivery

**24 HR. SERVICE**

**FOR ROADSIDE SERVICE, PLEASE CALL**
**(866) 274-3187**

PAID BY
☐ Cash   ☐ Check
☐ M/C   ☐ VISA
☐ DISC   ☐ Charge
☐ AMEX

B- 1211
C-

| DATE | TIME OF ARRIVAL | REQUESTED BY |
|------|-----------------|--------------|
| 9/23 | 12:25 ☑PM | CCA |

**NAME:** Michael Gendron   **PHONE:** 228 896 3780

**ADDRESS:** 4 Cedarwood Dr

**CITY:** Gulfport   **STATE:** MS   **ZIP:** 39507

**LOCATION OF VEHICLE:** 4 Cedarwood Dr 39503   **DISPATCHER:** KANG

**YEAR / MAKE / MODEL:** 11 Land Rover Sport   **COLOR:** Blue   **TECH:** RICK ROSS

**PRE-EXISTING DAMAGE?**
INDICATE EXISTING DAMAGE TO VEHICLE

**CUSTOMER (INITIAL)**

**PO #:** 504 430 707   **M#:**

**VIN #:** SALSK2D95BA265566   **ODOMETER:** 35,560

**MILES INCURRED:** 1.4   **SERVICE PERFORMED:** T-2 Jump Start

By signing this invoice, I affirm that I own the vehicle and/or I have the legal authority to authorize JACK RABBIT USA, LLC; JACK RABBIT SERVICES, LLC and, employees, agents or contractors of both (collectively "Jack Rabbit") to perform one or more of the following services: lock-out, tire change, jump-start, fuel delivery, flat tire replacement or repair, to the vehicle. I agree to indemnify and hold harmless Jack Rabbit from any losses or harms resulting from any misrepresentation of any authority including any reasonable attorney fees or court costs. I expressly release Jack Rabbit from any liability for any incidental or consequential damages arising out of or in connection with the serviced performed, including but not limited to any express or implied warranty claim, any injury or harm resulting from the service or workmanship. I agree that ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED BY JACK RABBIT AND WAIVED BY CUSTOMER. Lastly, I promise not to sue, but agree that State of Florida, County of Escambia, will serve as the exclusive venue for any litigation between myself Jack Rabbit. Accordingly, I hereby waive to the personal jurisdiction of the Circuit Court in and for Escambia County, Florida, and waive any objection to it, in indication and any objection to the venue of an action brought in Escambia County, Florida.

**Customer Signature:**

13