# EXHIBIT M



# QUEST

*106 W Tolles Dr ♦ Saint Johns, MI, 48879*

**Quest Towing Services**
www.TowNetwork.com

**Tonya Fisher**
*State Network Manager*
Email: tonyaf@questsoftware.com
Phone: *(888) 295-2584, ext. 4*
Fax: *(989) 224-5346*

Quest Towing Services is America's quickest-paying and fastest-growing network for towing and roadside assistance programs. Serving the insurance industry since 1988, we field dispatch requests throughout all fifty states.

- *Increase call volume and profits.* Contracting with Quest at competitive rates has the capacity to generate increased call volume, which in turn leads to higher revenue.
- *Logistics support.* Quest's service provider network department esteems contractors small and large, maintaining open communication with owners and managers in regards to client requests, call volume, and service reports.
- *Immediate pay.* Invoices are processed daily and online billing is available through Quest's website. Payment is issued weekly by check or 48 hours by electronic funds transfer (*EFT*).
- *Zero hassle.* Quest prides itself on being there for contractors. Network representatives are available when you need them – not only when something is needed from you.
- *Zero investment from you.* No membership fees. No invoice processing fees.

Our clients expect quality service and we expect you to be paid fast and fairly for your time and effort. Joining our network gives you the opportunity to receive local dispatches without investing in expensive sales and marketing campaigns. By contracting with QTS at competitive rates for your designated market you attain priority status for local service calls and towing requests – and we enjoy working with you to expand your business.

You can sign up immediately through our website, **www.TowNetwork.com**, or you can start the signup process by completing the checklist below.

- ○ Completed **Service Provider Profile**
- ○ Copy of current **Substance Abuse Policy** or **Employee Contract**
- ○ Copy of current **Certificate of Liability Insurance** issued to Quest Towing Services
- ○ Signed/dated **Service Provider Rate Contract**
- ○ Signed/dated **Independent Service Provider Agreement**
- ○ Completed **Form W-9**

Once completed, fax all paperwork to *(989) 224-5346* or send it via email to signup@townetwork.com. If you have any questions, your state manager can be reached at *(888) 295-2584, ext. 4.*



# QUEST

*106 W Tolles Dr ♦ Saint Johns, MI, 48879*

## SERVICE PROVIDER PROFILE

*P. 1*

Company Name _____

Owner Name _____

Federal Tax ID Number (*or Social Security Number*) _____

Facility Address (*physical address, no post-office boxes*)

_____

| Street | City | State | ZIP Code |

Billing/Mailing Address (*if different*)

_____

| Street/PO Box | City | State | ZIP Code |

Email Address _____

Dispatch Phone ( ### ) ### - ####      Fax Line ( ### ) ### - ####

Office Phone ( ### ) ### - ####      Owner Contact ( ### ) ### - ####

**Hours of Operation**

**Emergency Roadside**

| 24/7 | ○ Yes | ○ No |
| Mon - Fri | _____ |
| Saturday | _____ |
| Sunday | _____ |

**Storage Facility**

| 24/7 | ○ Yes | ○ No |
| Mon - Fri | _____ |
| Saturday | _____ |
| Sunday | _____ |

Do you use an answering service?   ○ Yes   ○ No

If yes, please list their hours.

Mon - Fri _____

Saturday _____

Sunday _____

Besides verbal dispatch by phone, how are you able to receive dispatch information?

○ Digital Dispatch   ○ Email

○ Text Message   ○ Fax

Should a customer incur an out-of-pocket expense, what methods of payment do you accept?

○ Personal Check   ○ American Express   ○ Visa

○ ATM/Debit Card   ○ MasterCard   ○ Discover



# QUEST

*106 W Tolles Dr ♦ Saint Johns, MI, 48879*

## SERVICE PROVIDER PROFILE
*P. 2*

Ins. Company _____  Ins. Agency _____

Policy Number _____  Agency Phone ( ___ ) ___ - ____
                                                       ###      ###    ####

Insurance requirements are listed in Paragraph 8 of the Independent Service Provider Agreement. A current certificate must be attached to this application in order for it to be processed; Quest Towing Services must be named a certificate holder.

Total number of employees at business _____ Total number of years in business _____

| | | |
|---|---|---|
| Does your company have a written substance abuse policy? | ○ Yes | ○ No |
| Does your company conduct employee background checks? | ○ Yes | ○ No |
| Do your drivers carry smart phones? | ○ Yes | ○ No |
| Are your drivers uniformed? | ○ Yes | ○ No |

Are all of your vehicles marked with a company name or logo?   ○ Yes    ○ No

Total number of tow trucks in fleet _____ Total number of service vehicles _____

Services you provide:   ○ Emergency Roadside   ○ Accident Towing   ○ Secondary Towing

Capabilities:
- ○ Light Duty Flatbed
- ○ Light Duty Wrecker
- ○ Medium Duty Flatbed
- ○ Medium Duty Wrecker
- ○ Heavy Duty Flatbed
- ○ Heavy Duty Undereach
- ○ Motorcycle Transport
- ○ Overnight Vehicle Storage

- ○ Vehicle Winching - Light Duty
- ○ Vehicle Winching - Medium Duty
- ○ Tire Changes - Light Duty
- ○ Tire Changes - Medium Duty (*includes inside dual tire*)
- ○ Jump Starts
- ○ Vehicle Lockouts (*not locksmithing*)
- ○ Locksmithing (*includes making keys*)
- ○ Fuel Delivery (*unleaded*)

Quest determines Service Area using ZIP Codes, rather than Cities. Please provide a mile radius or list of ZIP Codes that you can service within **45 MINUTES**.

○ **5 MILES**        ○ **10 MILES**        ○ **15 MILES**

_____

_____

_____

_____

Service Area is established in order to ensure Service is completed within performance standards set by the QTS Service Provider Network. If you are unable to meet such standards, your ZIP Codes may be adjusted.



# QUEST

*106 W Tolles Dr ♦ Saint Johns, MI, 48879*

## SERVICE PROVIDER RATE CONTRACT

**Lower rates will improve your priority for local dispatches and may result in higher call volume.**

Contact the QTS Service Provider Network at (888) 295-2584 to review your service area and rate schedule.

| SERVICE | Light Duty <br> < 10,000 lbs. | Medium Duty <br> > 10,000 lbs. <16,000 lbs | Heavy Duty <br> > 16,000 lbs | Motorcycle | Secondary <br> Must be moved by 5:00 PM | Accident <br> 30 minute ETA required |
|---|---|---|---|---|---|---|
| Tow | $ 35.00 | $ 55.00 | $ 100.00 | $ 50.00 | $ 45.00 | $ 60.00 |
| Dollies / Skates * | $ 20.00 | $ 20.00 | $ 20.00 | INCLUDED IN TOW RATE | INCLUDED IN TOW RATE | INCLUDED IN TOW RATE |
| Winching * | $60.00 / 60 minutes ** | $60.00 / 60 minutes ** | $80.00 / 60 minutes ** | $60.00 / 60 minutes ** | | $60.00 / 60 minutes ** |
| Tire Change | $ 25.00 | $ 40.00 | $ 65.00 | N/A | | |
| Jump Start | $ 25.00 | $ 35.00 | $ 55.00 | $ 25.00 | N/A | Wait / Labor / Clean * <br> $30.00 / flat rate |
| Fuel Delivery *** | $ 25.00 | $ 35.00 | $ 55.00 | $ 25.00 | | |
| Lockout | $ 25.00 | $ 35.00 | $ 55.00 | N/A | | |
| GOA (Gone on Arrival) | $ 15.00 | $ 20.00 | $ 30.00 | $ 15.00 | $ 15.00 | $ 25.00 |
| MTV (Mileage to Vehicle) | $ 1.50 / after 10 miles | $ 1.50 / after 10 miles | $ 2.00 / after 10 miles | $ 1.50 / after 10 miles | $ 1.50 / after 10 miles | $ 1.50 / after 10 miles |
| LM (Loaded Mileage) | $ 2.50 / after 5 miles | $ 2.75 / after 5 miles | $ 3.00 / after 5 miles | $ 2.50 / after 5 miles | $ 2.50 / after 5 miles | $ 2.75 / after 5 miles |
| Storage **** | $10.00 / day | $15.00 / day | $20.00 / day | $10.00 / day | $10.00 / day | $10.00 / day |

| Road Service Only <br> (NO TOWING) | Light Duty | Medium Duty | Heavy Duty | Motorcycle | Secondary | Accident |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

*Mark each service category for which your company is contracting with Quest.*

**These rates are to be extended to the customer should service exceed their policy limit and out-of-pocket expenses are incurred.**
**Any change in or adjustment to service must be verified and approved by Quest prior to completion of service.**

| Locksmith | $50.00  60 minutes ** | ☐ | Locksmith rate is a service / labor rate only; customer is responsible for the cost of a new key/key code. |
|---|---|---|---|

\* Authorization for dollies, winching, wait / labor / clean, or any change in service **MUST BE APPROVED** by Quest prior to completion of service.

\*\* All hourly rates are a base of one (1) unit / hour **UNLESS** added to another service, then 0.25 unit / 15 minute increments apply.

\*\*\* Fuel delivery does not include the cost of fuel; customer is responsible for the cost of fuel **UNLESS** told otherwise on dispatch by Quest.

\*\*\*\* No storage billed if vehicle moved following business day **OR** both the accident and secondary requests are dispatched through Quest.

Signature _____  Date _____

Company Name _____  Office Number ( ___ ) ___ - ____
                                                 ###      ###    ####



# QUEST

*106 W Tolles Dr ♦ Saint Johns, MI, 48879*

## INDEPENDENT SERVICE PROVIDER AGREEMENT

This Agreement is made and entered this _____ day of _____, 20_____ between Quest Software, Inc. dba Quest Towing Services (*hereinafter referred to as "QTS"*), a Michigan corporation with its principal office located at 106 West Tolles Drive in Saint Johns, Michigan, 48879, and

_____
*(Independent Service Partner Corporate or Legal Name)*

_____
with a primary address at  *(Street Address)*

_____
*(City, State/Providence, Zip/Postal Code)*

_____
and doing business as  *(DBA)*  an Independent Service Provider (*hereinafter referred to as "SP"*).

**These terms and conditions for providing Service – "Service" meaning those services listed on the Service Provider Application for which a rate of payment is listed on the Rate Contract – constitute an agreement between QTS and the SP corporation, limited liability company, partnership, or sole proprietorship. SP agreement with Quest is referred to as the "Service Contract" and consists of all application documents, service provider profile information, the rate contract, and any service addendums. By completing the Independent Service Provider Agreement or clicking Agreement Conditions on the website application, SP consents to accept and complete Service requests from QTS and to abide by the following terms and conditions.**

1. **Dispatch.** QTS shall contact and dispatch SP to perform Service calls for Customers/Clients with disabled vehicles who are in need of Service. Upon receipt of a dispatch from QTS, SP shall provide QTS with an estimated time of arrival (*ETA*) to the location of the Customer/Client in need of Service. SP agrees that it shall attempt to arrive at the Customer/Client location within the provided ETA. If there are any changes to the ETA, the SP is required to update QTS.
   a. SP shall be available to accept QTS dispatches during its hours of operation as listed on the Service Provider Application or website application and shall inform QTS Service Provider Network of any change in hours of operation or availability.
2. **Service.** SP shall be solely responsible for the provision of Service to the Customer/Client. SP shall provide Service in a safe and professional manner. SP shall be solely responsible for any personal injury or property damage resulting from the SP's failure to perform Service in a safe and professional manner. Drivers must be uniformed and maintain professional conduct. Trucks must display your company name and be properly maintained. SP shall be solely responsible for maintaining equipment as listed on its Service Provider Application or website application and shall inform QTS Service Provider Network of any changes in equipment available for QTS dispatches.
3. **Service Area.** The QTS Service Provider Network determines individual SP Service Areas. Service Area is influenced by several factors and may include, but is not limited to, zip code size, city or town names, and individual SP proficiency. SP agrees to assigned Service Area upon implementation of this Agreement.
   a. An assigned Service Area shall be nonexclusive and QTS shall have the right to contract with other SPs within said assigned Service Area. An assigned Service Area is established for the sole purpose of providing Service within performance standards set by QTS Service Provider Network. If SP is unable to meet such standards, QTS may, at its sole discretion, modify SP's assigned Service Area.

4. **Rates.** SP shall at all times charge QTS for Service rendered to Customers/Clients as stated in the Rate Contract which is incorporated herein by reference and as it may be amended. SP agrees that it will not charge QTS or Customers/Clients any fee in excess of the Rate Contract or any amendments thereto, and that QTS may charge back to SP and deduct from any monies due SP, any fee or charge in excess of the Rate Contract.

   a. SP acknowledges that QTS programs contain restrictions and limitations on use of Service by Customers/Clients. Customers/Clients may require Service in excess of those covered by QTS, including, but not limited to, towing vehicles distances past mileage limit. In such instances SP agrees it shall charge Customer/Client directly at rates set forth in the Rate Contract for any and all charges not covered by QTS. SP agrees that it shall be solely responsible for collecting any fees that are not covered by QTS from the Customer/Client and QTS shall not have any obligation to pay for non-covered Services or attempt to collect payment for such non-covered Services from Customers/Clients on SP behalf.

   b. Rate Contract may be amended by QTS, at its own discretion, and shall be binding upon SP once accepted. SP shall be deemed to have accepted QTS revised Rate Contract by performing Services following receipt of revised Rate Contract.

5. **Payment.** QTS shall compensate SP for Services rendered to Customers/Clients that have been preauthorized by QTS by rates and conditions set forth in the Rate Contract up to Service estimate and/or specified coverage limit on dispatch requests. SP shall not charge Customers/Clients additional fees for Service unless specifically authorized by QTS. SP shall not charge QTS additional fees for Service unless specifically authorized by QTS. At any time and without notice, QTS may change their internal auditing process; this may include but is not limited to changes in processing systems and variables that impact processing systems.

   a. Invoices must be submitted within **sixty (60) days** of the date Service was provided. Supplement requests must be submitted within **thirty (30) days** of the date Service was provided.

   b. QTS shall calculate mileage electronically for the purposes of auditing claims prior to payment. If SP's mileage is disputed by QTS audit, it is the sole obligation of the SP to provide evidence to QTS supporting their mileage. If no evidence is provided, QTS audit mileage shall apply.

   c. QTS may withhold payment of an invoice to the extent of any monies owed to QTS in relation to an invoice error, alleged damage to property, or other alleged damages arising from Service.

   d. QTS shall not be obligated to pay any invoice for Services that were not preauthorized by QTS, or in excess of the rates set forth in the Rate Contract, or for Services not covered by QTS. QTS shall not be obligated to pay for any parts, permanent repairs, or merchandise. SP authorizes QTS to chargeback and deduct from any monies owed SP, all such non-covered charges.

6. **Damage.** In the event a Customer/Client alleges SP damaged vehicle in the course of providing Service or Customer/Client alleges damage resulted through SP action or inaction, QTS may withhold payment due SP for Service under this Agreement pending resolution of the dispute. If the SP fails to reach a resolution with the Customer/Client and QTS in its reasonable discretion believes the complaint is valid, QTS may compensate the Customer/Client and deduct such compensation from any payment due SP.

7. **Indemnity.** SP agrees to indemnify QTS, its subsidiaries, parents, affiliates, agents, and employees, harmless from and against any and all claims, losses, demands, liabilities, suits or actions of any kind (*including expenses and attorneys' fees*), from injuries to or death of any person or persons, including the employees of each party hereto, and the loss or damage to the property of any person or persons caused by or arising out of any occurrence in any manner connected with SP performance under this Agreement, whether caused by a negligent act or omission of either party hereto, its agents, contractors, or employees, except that SP assumes no liability for the sole negligent acts of QTS. This Paragraph shall survive the termination of this Agreement.

8. **Insurance.** SP shall provide QTS a Certificate of Insurance evidencing SP's compliance with QTS Service Provider Network's insurance requirements, with a copy of the current Certificate included with signed Agreement. It is the responsibility of SP to keep Certificate current. During the term of this Agreement, SP shall maintain at its expense:

   a. Comprehensive General and Automobile Liability Insurance, including Contractual Liability Insurance specifically insuring SP against liabilities assumed under **Paragraph 7**, with minimum limits of $100,000 each person and $300,000 each occurrences for bodily injury and $100,000 each occurrence for property damage, or a minimum combined single limit for bodily injury and property damage of $500,000 per occurrence.

   b. Garage Keepers' Legal Liability or Garage Keepers' Liability Insurance – including, but not limited to On Hook or Cargo Liability Insurance – with a minimum limit of $50,000.

   c. Worker's Compensation and Occupational Diseases Insurance as required by state and any applicable law.

9. **Independent Contractor.** For the purpose of this Agreement, SP is deemed by both parties to be an independent contractor and is not an employee, agent, partner, or representative of QTS. SP independently manages its own business and has no authority to transact any business as QTS.

10. **Counterparts.** This Agreement may be executed in any number of counterparts, each of which is deemed an original and all of which together constitute a single integrated agreement. QTS may accept an executed Agreement returned by facsimile as an original executed Agreement and such executed facsimile shall be binding upon SP. QTS may accept an electronic acknowledgement or signature of this Agreement as an original executed Agreement and such electronic acknowledgement or signature shall be binding upon SP.

11. **Notices.** All notices will be sent to the SP via contact information listed on the Service Provider Application or website application. SP shall inform QTS Service Provider Network of any change in or update to its contact information

12. **Confidentiality.** SP agrees that the terms and conditions of this Agreement including the Rate Contract represent confidential information and SP shall not divulge the contents of this Agreement to any third party without express written permission from QTS or except as required by law. SP agrees that any information concerning QTS Customers/Clients represents confidential information of the Customer/Client and (*as between the SP and QTS*) QTS. SP agrees that it will not sell, copy, or transfer any information about a Customer/Client to any third party without express written approval from QTS and that it shall not, without express permission of the Customer/Client, use information acquired in the provision of Service pursuant to this Agreement for any purpose whatsoever except as necessary to perform such Services and to invoice and collect payment if Services are billed directly to the Customer/Client by SP. This Paragraph shall survive the termination of this Agreement.

13. **Assignment.** SP will not assign or subcontract this Agreement without express written permission from QTS.

14. **Change in Ownership.** Change in ownership will result in termination of this Agreement; the new owner will have to file for a new Agreement with QTS.

15. **Termination.** This Agreement may be terminated at will and without cause.
    a. If the SP fails to provide Service or Services to Customers/Clients as specified in this Agreement, fails to perform any duties as specified in this Agreement, renders false or fraudulent invoices, violates this Agreement in any manner, allows insurance or Certificate of Insurance to lapse, or QTS receives repeated complaints from the Customer/Client concerning the SP, QTS may, at its sole discretion, immediately terminate this Agreement. QTS will notify SP of termination.

16. **Compliance with Law.** SP and QTS will comply with federal, state, and local laws and regulations regarding obligations under this Agreement. SP must provide copies of all licenses, permits, etc., required to conduct business as an Emergency Road or Tow operator upon request by QTS.

17. **Entire Agreement.** This Agreement comprises the entire Agreement between both parties. All modifications and amendments, with the exception of the Rate Contract, must be in writing and executed by both parties.

18. **Governing Law.** The validity, interpretation, and construction of this Agreement will be governed by the laws of the State of Michigan without regard to its conflict of laws provisions. SP agrees and consents that the exclusive jurisdiction and venue for any dispute between the parties to this Agreement shall be limited to a local, state or federal court situated within the city of Lansing, Michigan.

**Independent Service Provider**

_____

*(Signature)*

_____

*(Date)*

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

- [ ] Individual/sole proprietor
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate

- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

- [ ] Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any)

Exemption from FATCA reporting
code (if any)

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

Sign
Here

Signature of
U.S. person ▶

Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,

- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

- An estate (other than a foreign estate), or

- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)

WWW.IRS-Network.com    Page 9 of 23



# TERMS AND CONDITIONS OF SERVICE PROVIDER AGREEMENT

These terms and conditions for the services provided by you, which may include but not be limited to towing and roadside assistance services ("Services"), constitute a component of the agreement between Agero Administrative Service Corp. (formerly known as Cross Country Service Corp.) (an affiliate of Cross Country Motor Club, Inc. and Cross Country Motor Club of California, Inc.) (collectively "Agero") and your corporation, limited liability company, partnership, or sole proprietorship ("You" or "Your"). Your agreement with Agero is referred to as the "Service Contract", and consists of the rate agreement, the application documents, rate cards, and addendums that relate to various services that You may provide in addition to towing and/or roadside assistance services. **BY ACCEPTING DISPATCHES AND ASSIGNMENTS FROM AGERO OR CLICKING "ACCEPT" ON THE WEBSITE OR THE ONLINE APPLICATION, YOU ARE AGREEING TO BE BOUND BY THESE TERMS AND CONDITIONS. IF YOU DO NOT AGREE TO THESE TERMS AND CONDITIONS, YOU SHOULD DECLINE THE DISPATCHES OR ASSIGNMENTS AND NOT CLICK "ACCEPT" ON THE WEBSITE OR ONLINE APPLICATION.**

1.     **Authorizations. Operating in compliance with legal requirements is essential.** You represent and warrant that: (a) You are, and during the provision of Services will remain, properly licensed and qualified in all applicable jurisdictions to offer the Services; and (b) You will comply with all applicable federal, state and local laws and regulations with operating Your business, including the Americans with Disabilities Act (and for businesses in California, the Unruh Act and the Disabled Persons Act). You agree to provide copies of necessary permits and licenses, as well as certificates of insurance, upon request. You acknowledge and agree that communications, including phone calls or "chat" services, with Agero or its third party agents may be monitored or recorded and retained by Agero. If You have contacted us through the use of a mobile phone, You consent to our use of cell phone data to locate where You are calling from.

2.     **Policies and Procedures; Service Levels. We require that You comply and keep up to date with our policies and procedures and meet the agreed upon service levels.** You agree to comply with Agero's policies and procedures, as provided to You in writing or made available on AgeroSupport.com (formerly www.Argosi.net), which are subject to changes from time to time. In addition to these policies and procedures, You agree that in the provision of towing or other roadside assistance for Agero dispatches (a) You will not enforce damage waivers that You may have with a consumer in connection with the Services, except You may do so with respect to (i) winching vehicles off road, (ii) trunk lockouts that require drilling, or (iii) damage that is unavoidable due to the accident scene or it is unavoidable to move vehicle without damage; (b) You will not subcontract the Services to third parties without the prior authorization of Agero; (c) You will not change the tow-to destination or the requested service without prior authorization from Agero; (d) You will utilize vehicles that are clearly and conspicuously marked as a commercial vehicle of Your company; (e) You will ensure that drivers servicing Agero customers wear apparel or badge bearing the name of Your company in plain view of the customer; and (f) You will conduct appropriate background checks on the owners, employees, contractors and agents that have access to Agero Data (defined below) or provide service to Agero customers. With respect to background checks, acceptable standards are available at AgeroSupport.com, which are subject to change from time to time.

3.     **Confidentiality. Our clients and customers require that You protect their information.** All data and information submitted by or on behalf of Agero to You or otherwise in Your possession or accessible by You pursuant to provision of the Services, including all personal information such as the name, phone number, address, and VIN of the consumer who will receive the Services ("Agero Data"), are and shall remain the property of Agero and/or our clients, as the case may be. You are required to keep the Agero Data confidential and not use any such data for any purpose other than in connection with providing the Services. In addition, You agree that (a) the Service Contract, including these terms and conditions and the rates, as well as (b) training materials and other nonpublic materials provided by Agero to You in connection with the Services You are rendering, are confidential and that You will not disclose without the prior written approval of Agero.

4.     **Fees; Payments. We will pay You based on our negotiated terms.** Agero shall pay to You the charges at the rates and on the basis set forth in the Service Contract (the "Charges"). All of Your obligations and services described in the Service Contract are included in the Charges and no additional compensation shall be due to You other than the Charges unless specifically authorized by Agero. You agree that You may not charge the consumer additional fees for the Services unless specifically authorized by Agero.

Within 120 days of performing the Services, You must submit invoices to Agero with the pricing detail and in a format and on the media in accordance with Agero's policies and procedures. Invoices received after 120 days may be denied at the discretion of Agero. You agree to provide Agero with supporting documentation and other information as reasonably requested to verify the accuracy of any invoice. Requests for additional payments and payment disputes must be submitted in writing within 60 days from Your receipt of payment on the original submitted request. Any payment by Agero is without prejudice to either party's right to contest the accuracy of any Charges or paid amounts; provided that You must submit any claims related to amounts paid within 60 days from Your receipt of payment on the original submitted request. From time to time, Agero may verify, check, monitor and audit the submissions it receives from You, including but not limited to mileage submissions, through the use of manual or computerized technology. Such verifications or audits may result in reduced payments to You based on, among other items, fewer allowed miles, incorrect rates or contested services. As used in the rate agreement or Service Contract, the term "miles" shall mean audited miles as verified by Agero.

Agero reserves the right to deduct amounts or expenses owed by, or inappropriately submitted by, You against Charges that are otherwise payable to You. Agero will provide You with notice of any set-offs and opportunity to contest; provided however, that You must contest any deduction or set-off within 60 days of receiving such notice. The exercise of this right of set-off shall not affect the parties' respective rights to other remedies under contract, at law or in equity.

5.    **Dispute Resolution. In the event of a disagreement, we will work with You to resolve the matter.** In the event Agero disputes any portion of an invoice submitted by You, Agero may withhold payment of the amount subject to the dispute; provided, Agero shall continue to pay any undisputed amount when it becomes due and payable in accordance with the Service Contract. No failure by Agero to identify a contested Charge or charges prior to payment of the invoiced amount shall limit or waive any of Agero's rights or remedies with respect to the Charges. If any dispute, claim or controversy (including class arbitration) arises out of or relates to the Services or the Service Contract, You agree to the following dispute resolution procedure: (i) You must provide written notice to Agero of the problem or dispute; in which case, Agero agrees to use its reasonable efforts to contact You, by telephone, within 7 business days to discuss the resolution of the matter in dispute; and (ii) if the parties cannot arrive at a mutually satisfactory solution within 14 calendar days from the date of the discussion in clause (i) above, Your president, manager or owner shall send a written notice to Director of Network Management at Agero stating that the dispute continues to be unresolved and requesting a telephone call within 5 business days of Agero's receipt of notice to resolve the issue. Senior representatives of each party shall meet by phone in good faith to resolve the matter in dispute at a mutually agreed upon time and date within such 5 business days. Following such process, any dispute, claim or controversy arising out of or relating to the Service Contract, or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, or relating to the Services, shall be settled by arbitration administered by a regional or national arbitration association in accordance with its rules for commercial arbitration, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. The place of arbitration shall be Boston, Massachusetts. The arbitration will be conducted by one arbitrator who is knowledgeable in commercial disputes and who is selected by mutual agreement of the parties or, failing such agreement, will be selected according to the arbitration association rules. Each party shall bear its own costs and expenses, and only the prevailing party shall be entitled to an award of reasonable attorney's fees. The provisions of this paragraph may be enforced by any court of competent jurisdiction. Notwithstanding anything in this Section 5 of these terms and conditions to the contrary, nothing in these terms and conditions shall prevent or prohibit either party from obtaining specific enforcement, temporary or permanent injunctive relief or other equitable relief from a court in lieu of or in addition to the resolution of any related claim or dispute pursuant to this Section 5 of these terms and conditions. You agree that by providing Services hereunder, You and Agero are each waiving the right to a trial by jury or to participate in a class action. These terms and conditions evidence a transaction in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this provision.

6.    **Claims and Damages; Indemnification; Insurance. You are required to indemnify us against claims that occur during Your services and to maintain appropriate insurance.** In the event of a dispute between You and a consumer or third party based on damages to consumer or third party's vehicles or other bodily injury, property damage or personal injury, service disputes or related claims, You agree to promptly notify Agero, and on a good faith basis cooperate with Agero or its agents in resolving the matter. Agero or its agents, on a good faith basis, may elect to make a determination on which party was at fault. Agero shall promptly notify You of the determination. To the extent You are determined at fault, and You fail to resolve the dispute with the consumer or other third party, Agero is authorized to pay such party on Your behalf, and Agero may subrogate the claim to Your insurance carrier or deduct such amount from amounts otherwise due to You.

To the fullest extent permitted by law, You agree to indemnify, defend and hold harmless Agero, its successors and assigns and its officers, directors, employees, subcontractors, consultants, clients, representatives and agents, from and against any and all losses, damages, injuries (including death), causes of action, claims, penalties, demands and expenses, including reasonable legal fees and expenses, of any kind or nature arising out of or on account of, or resulting from, any claim or allegation of a third party related to Your acts or omissions or those of Your officers, directors, employees, subcontractors, consultants, representatives or agents in connection with the Services, or from Your breach of the terms of the Service Contract, including but not limited to these terms and conditions. Except for third party claims and damages arising from a breach of confidentiality, neither party shall be liable to the other party for, nor will the measure of damages include, any indirect, special or consequential damages or amounts for loss of income, profits or savings.

You agree to maintain insurance coverage with carriers acceptable to Agero and in the amounts set forth in the policies and procedures, naming Agero as an additional insured. You agree to furnish to Agero a certificate showing compliance with the insurance requirements prior to the provision of Services, and from time-to-time within 10 days of Agero's request. The certificate will provide that Agero will receive 30 days' prior written notice from the insurer of any termination, reduction or other change in the amount or scope of coverage. Your furnishing of certificates of insurance or purchase of insurance shall not release or limit Your obligations or liabilities under the Service Contract.

7.      **Independent Contractors. We are separate entities, and are not creating a principal/agency relationship.** The parties intend to create an independent contractor relationship and nothing contained in the Service Contract, or in the provision of Services, shall be construed to make either You, or Agero partners, joint venturers, principals, agents or employees of the other. Neither party shall have any right, power or authority, express or implied, to bind the other.

The parties agree that no obligation exists on Your part to accept dispatch requests from Agero, and no guaranty exists on the part of Agero to submit a minimum number of dispatches to You. The Service Contract creates an at-will arrangement between the parties and either side may terminate such contract at any time without penalty. You acknowledge that any forecasts provided by Agero regarding the number of dispatches that may be offered to You are good faith projections and may not be attained for a number of reasons. Any capital investments, business expenses, work force additions, or expenditures of any kind or nature that You have made in anticipation of any volume to be generated will be made solely at Your risk and in no event and under no circumstances will Agero be liable for any expenditures by You or on Your behalf.

8.      **Waiver; Governing Law.** No term or condition of the Service Contract or of any document incorporated herein by reference shall be deemed waived and no breach shall be deemed excused unless such waiver or consent shall be in writing and signed by the party claimed to have waived or consented. No consent by any party to, or waiver of, a breach by the other, whether express or implied, shall constitute a consent to, waiver of, or excuse for any different or subsequent breach. The Service Contract, including these terms and conditions, shall be interpreted in accordance with and governed by the laws of the Commonwealth of Massachusetts.

9.      **Conflicting Terms; Severability.** The Service Contract, including these terms and conditions, set forth the complete agreement of the parties with respect to the provision of towing and roadside assistance services. In the event of a conflict between these terms and conditions and other terms set forth in the Service Contract, the terms herein shall prevail. These terms shall take precedence over any inconsistent, conflicting, or additional terms or conditions contained in the Service Contract. Agero hereby notifies You of that it does not agree to other terms or conditions that You may supply, whether in conflict with, inconsistent with, or in addition to these terms and conditions. If any term or provision herein shall be contrary to law or shall be adjudged by any court or government agency of competent jurisdiction to be invalid, void or unenforceable, such term or provision shall be deemed deleted and the remaining provisions and any application thereof shall continue in full force and effect.



# ROAD | AMERICA®
### a **MAPFRE** company

## 24 Hour Roadside
## Assistance Services



*Primary Towing / Accident Scene Services*

⬖

*Secondary Towing*

⬖

*Collision Transport Services*

⬖

*Emergency Roadside Services*



# Independent Service Provider
# Application Package



**ROAD | AMERICA**

a **MAPFRE** company

***Dear Applicant,***

Thank you for your interest in joining our network of elite service providers. We feel fortunate that you have taken the initial step in the contracting process and hope to soon have you onboard servicing our clients and their valued customers.

Please, do not hesitate to contact us if you need any assistance completing or delivering any forms in the application package. According to your convenience, you can submit them via fax, mail, or through Road America's dedicated provider network web portal. We encourage you to become familiarized with our portal, a very useful account management tool.

Soon after your application is approved, you will receive a Welcome Package containing very important information that will help you learn who we are, how to reach us, how to submit your invoices for payment, etc.

We recommend that you review and complete thoroughly all the forms enclosed and deliver it to us promptly so that we can active your account with Road America and begin accepting request for services.

We look forward to the opportunity of beginning a long, rewarding relationship with you and your company!

Sincerely,

*Bonnie Verhulst*
Bonnie Verhulst
Director of Provider Network
Road America



# Completing the Road America
# Independent Service Provider Application

All the information requested must be completed and submitted to Road America (RAMC) for initial review.

Please review the following checklist of items that must be completed to insure your prompt consideration.

**_Checklist_** *(required items)*
- ☐ Completed Application
- ☐ Completed Servicer Provider Agreement
- ☐ Agreement Addendum
- ☐ Copy of Current Insurance Certificate
- ☐ W-9, Request for Taxpayer Identification Number and Certificate
- ☐ Service Territory Agreement
- ☐ ACH Direct Deposit form (highly recommended)
- ☐ Signed Rate Schedule Form

## _Insurance Requirements_

In order to keep you on our dispatch system, Road America must have on file at all times, a copy of your current certificate of insurance.

Please ask your insurance agent to list Road America as a certificate holder, with certificates to be sent to this address:

> **Road America Motor Club**
> <u>Attn</u>: Provider Relations Department
> 7300 Corporate Center Drive, Suite 601
> Miami, Florida 33126

Please be certain that Road America receives a copy of your new certificate of insurance upon expiration to avoid inactivation of your account.

### *The minimum requirements for Road America services are as follows:*

(A)   Worker's Compensation and Occupational Disease Insurance as required by applicable law.

(B)   Comprehensive General and Automobile Liability Insurance with minimum limits of $100,000 each person and $300,000 each occurrence for bodily injury and $100,000 for each occurrence for property damage or a minimum combined single limit for bodily injury and property damage of $500,000 per occurrence.

(C)   Garage Keeper's Legal Liability Insurance (including, but not limited to, "On-Hook" Liability Insurance) with a minimum limit of $25,000 and any additional coverage or limits as may be required by applicable law.

(D)   Servicer shall provide Road America with a Certificate of Insurance evidencing Servicer's compliance with these insurance requirements



**ROAD | AMERICA**
a **MAPFRE** company

# Service Provider Application Form

Legal Business Name: _____     Date: _____

Legal Business Address: _____   City, State, Zip: _____

Physical Business Address (if different from above): _____   City, State, Zip: _____

Owner's Name: _____   Email Address: _____

Primary Phone #: _____   Alternate Phone #: _____   Primary Fax #: _____

## SERVICES

| Towing | Light Duty | Motorcycle | Medium Duty | Heavy Duty | Super Duty |
|---|---|---|---|---|---|
| Towing | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No |
| Accident/ Towing | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No |
| Secondary Towing | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No |
| Transport Services | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No |
| Winching | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No |

| Road Services | Light Duty | Motorcycle | Medium Duty | Heavy Duty | Super Duty |
|---|---|---|---|---|---|
| Jumpstart | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No |
| Fuel / Fluid Delivery | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No |
| Lockout | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No |
| Locksmith | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No |
| Tire Change | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No |
| Battery Delivery & Inst. | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No |

## REPAIRS

Please circle Yes or No for the following:

| Mechanical Repair | In Shop: | Yes | No | Mobile (Roadside): | Yes | No |
|---|---|---|---|---|---|---|
| Body Repair | In Shop: | Yes | No | Mobile (Roadside): | Yes | No |
| Transmission Repair | In Shop: | Yes | No | Mobile (Roadside): | Yes | No |

## STORAGE FACILITIES

Please circle Yes or No for the following:

| Storage Lot Available | Yes | No | Fenced | Yes | No |
|---|---|---|---|---|---|
| 24/7 Availability | Yes | No | Lighted | Yes | No |
| Insured | Yes | No | | | |

## EQUIPMENT

**Indicate below how many of the following you have:**

Number of Total Tow Trucks_____
Wheel Lifts: _____     Flatbeds/Rollbacks:_____   Low-Clearance: _____   Medium Duty _____   Heavy Duty: _____

Number of Total Roadside Service Vehicles: _____
   Light Duty: _____       Fleet: _____      Low-Clearance: _____      Mobile E-Charging: _____

Number of Total Motorcycle Equipment_____
   Carriers/Haulers_____     Adapters:_____     Enclosed: _____    Soft Straps:

Vehicle Carriers: _____        2-Car: ____      3-Car: ____     More than 3-Car: _____

Other Available Equipment:   Landoll/Lowboy: _____   Dollies: _____     Other (please, specify): _____

Does Your Operation Digitally Dispatch Calls?  Y / N   Digital Dispatch Provider: _____

# INDEPENDENT SERVICE PROVIDER/VENDOR AGREEMENT

ISP Number: _____

City and State: _____

This Agreement, made this _____ day of _____, 20___, by and between Brickell Financial Services Motor Club, Inc. d/b/a Road America Motor Club and Road America Motor Club, Inc., Florida corporations, with an office at 7300 Corporate Center Drive, Suite 601, Miami, Florida 33126 (hereinafter called "RAMC") and

_____, with a place of business at _____ in _____ and doing business as _____ (hereinafter called "ISP").

WITNESSETH

WHEREAS, ISP desires to participate in RAMC's program with respect to furnishing Services hereinafter defined to member and/or customers of Road America Motor Club and its various auto plans/affiliate plans and member and/or customers of motor clubs administered through RAMC: WHEREAS, RAMC desires to enlist ISP for the purpose of performing said Services; NOW, THEREFORE, in consideration of the mutual promises and agreements contained herein, the parties hereto agree as follows:

1. **Services:** For all the purposes of this Agreement, the term "Services" shall mean only those services ISP has listed as being available on the Servicer Application, a copy of which is attached, and for which a rate of payment is listed in the Rate Schedule. ISP agrees to respond promptly to all requests for service by member and/or customer in the area of coverage and at the times listed in the Servicer Application.

2. **ISP Availability:** The information submitted by ISP as part of the Servicer Application concerning telephone numbers and hours of operation is relied upon by RAMC as an inducement to enter into this Agreement, and becomes part of this Agreement.

3. **ISP Equipment:** The information submitted by ISP as part of the Service Application concerning equipment available for RAMC service work is relied upon by RAMC as an inducement to enter into this Agreement, and becomes part of this Agreement. During the term of this Agreement ISP may change the equipment available for RAMC service work, provided that RAMC is promptly notified of such in writing. RAMC may, at its sole discretion, acquiesce in such changes in equipment, but also may, in its sole discretion, terminate this Agreement at any time if deviations from the promised equipment threaten to impede or in fact do impede ISP's performance under the Agreement.

4. **Rate Schedule:** At all times ISP shall charge RAMC for Services rendered to member and/or customers in accordance with the Rate Schedule as incorporated herein by reference as it may be amended from time to time. All charges in excess of those shown in the most current Rate Schedule shall be charged back to ISP. The Rate Schedule may be amended at any time by RAMC, in its sole discretion, and RAMC will provide notice to such changes to ISP. Such changes to the Rate Schedule shall be deemed amendments to this Agreement upon their effective date.

5. **Reimbursement Policy and Procedures:**
   a. **Payment by RAMC:** RAMC shall reimburse ISP for Services rendered to members and/or customers if such services are preauthorized by RAMC's dispatch center(s) or in instances where such Services permitted under the applicable membership manual. ISP agrees to charge RAMC member and/or customers that are designated by RAMC's dispatch center(s) as cash call members and/or customers their same contracted rates as per paragraph 4 (current rate schedule).
   b. **Invoice:** ISP shall promptly invoice RAMC for Services provided hereunder. RAMC shall not be obligated to pay ISP for any invoices submitted in excess of ninety (90) days after the Service was provided.
   c. **Exclusions:** Payments by RAMC to ISP for Service rendered to members and/or customers shall not include reimbursement for any parts, permanent repairs, or merchandise, nor for any matter other than Service as set forth under the terms of the applicable section of the applicable RAMC services terms and conditions manual in effect at the time of the transaction for which ISP is being reimbursed. ISP shall be strictly accountable for any charges made to RAMC for unauthorized parts or services. All charges representing such unauthorized parts or services shall be charged back to ISP.

6. **Central Dispatch Program:**
   a. **Area of Coverage:** The RAMC Service Provider Network Management team assigns coverage areas. The area is determined by various factors, which may include, but are not limited to, telephone prefixes, zip codes, city or town names (geographic area) and input from ISP as to capabilities. The assigned area is agreed to by ISP upon execution of this Agreement. RAMC may, in response to a member's and/or customer's telephone call for assistance to the RAMC dispatch number, request ISP to provide Service when the member's and/or customer's vehicle is located within the ISP's assigned area. ISP hereby agrees to provide Services to members and/or customers in the assigned areas. Changes to the assigned area will be handled outside this document.
   b. **Modification of Area:** If ISP is unable to provide a proper level and quality of Service in the area of coverage indicated on the Service Application, RAMC may, at its sole discretion, modify ISP's area of coverage.
   c. **Non-exclusivity:** It is expressly understood by the parties that the area of coverage shall be nonexclusive and RAMC shall have the right to contract with others to provide Services within said area of coverage. The area has been established for the sole purpose of providing prompt and reliable Service to its members and/or customers.

7. **Information Relevant to Service:** RAMC may, from time to time, furnish ISP with information relevant to Services. Such information may relate to the various benefit packages available to members and/or customers, characteristics of certain automobiles, or accounting procedures and may be in the form of wall charts, bulletins, letters, notices, or announcements or handouts at RAMC meetings. In providing Service pursuant to this Assignment, ISP agrees to take into account information provided to ISP by RAMC pursuant to this paragraph.

8. **Trademarks and Trade Names:**

   a. If ISP agreed to provide a Towing Service, ISP shall have permission under this Agreement to advertise its participation, at ISP's own expense, in the Yellow Pages of the local telephone directory under RAMC's name, such advertising to include ISP's business name, location and telephone number. ISP shall have the right to display RAMC logo in conjunction with such Yellow Pages advertisement.

   b. ISP may also display RAMC's name at its place of business, and on service equipment used in servicing RAMC vehicle by using decal or other items provided by or approved by RAMC.

   c. Other than as stated above, ISP agrees not to use the trademarks, service marks, logo, name or any other trade identity designations of RAMC without RAMC's prior written consent.

   d. Expect as provided above, ISP shall not acquire any right or license in or to any trademarks and/or service marks (collectively referred to as "marks") belonging to RAMC. During the terms of this Agreement and thereafter, ISP agrees not to use any of such marks as part of its own business name or trademark.

   e. ISP shall promptly advise RAMC of any complaints, claims or actions brought to its attention by virtue of its by virtue of its use of RAMC's name.

   f. Upon the expiration or termination of this Agreement, for any reason whatsoever, ISP shall immediately cease using RAMC's marks and trade designations, as well as any marks confusingly similar thereto, and shall return to RAMC any signs and trademark identifications loaned or leased by RAMC. If ISP fails to discontinue or cause to be discontinued any and all use and display of RAMC's marks after such expiration or termination, RAMC is hereby expressly given the right to enter upon ISP's property and remove all of any part of any signs, building letters, decals, posters, displays and other materials bearing or displaying RAMC's marks, at ISP's expense and using such means as RAMC may deem desirable, without any liability or obligation to ISP.

9. **Indemnity:** ISP agrees to indemnify and save RAMC, its assigns, subsidiaries, parents, affiliates, agents and employees, harmless from and against any and all losses, claims, demands, liabilities, suits or actions of any kind (including expenses and attorney's fees) from injuries to or death of any person or persons, including the employees of each party hereto, and loss or damage to the property of any person or person caused by or arising out of any occurrence in any manner connected with the performance of this Agreement, whether cause by a negligent act or omission of either party hereto, its agents, contractors or employees, except that ISP assumes no liability for the sole negligent acts of RAMC.

10. **Insurance:** During the term of this Agreement, ISP shall maintain at its own expense (a) worker's compensation and occupational diseases insurance as request by an applicable law; (b) Comprehensive General and Automotive Liability Insurance, including Contractual Liability Insurance specifically insuring ISP against the liabilities assumed under the indemnities Paragraph, with minimum limits of $100,000 each person and $300,000 each occurrence for bodily injury and $100,000 each occurrence for property damage, or a minimum combined single limit for bodily injury and property damage of $500,000 per occurrence, (c) Garage Keeper's Legal Liability Insurance (including, but not limited to "On-Hook" Liability Insurance) with a minimum limit of $25,000 and (d) any additional coverage or limits as may be required by applicable law. ISP shall provide RAMC a Certificate of Insurance evidencing ISP's compliance with these insurance requirements, with a copy of the current Certificate to be enclosed with the signed contract. It is the responsibility of ISP to, keep such Certificate current.

11. **Termination of Agreement:**

   a. **Termination at Will:** This Agreement may be cancelled at any time without cause by either.

   b. **Failure to Provide Service:** If ISP fails to provide Service or Services to Member and/or customers as specified in the Agreement, fails to perform the other duties specified in this Agreement, renders false or fraudulent billing, violates this Agreement in any other manner, or RAMC received repeated complaints from Member and/or customers concerning ISP, or ISP allows insurance and Certificate of Insurance to lapse, RAMC at its option may cancel this Agreement immediately upon written notice.

12. **Independent Contractor:** For the purpose of this Agreement, ISP is deemed by both parties to be an independent contractor independently managing its own business. Neither party hereto shall have authority to pledge credit or transact any business (other than as expressly provided herein), in the name of the other party.

13. **Change of Ownership:** Before ISP sells, conveys or otherwise disposes of ISP's interest in his business as related to this Agreement and the services provided hereunder, ISP shall provide RAMC thirty (30) days' advance written notice by certified mail of the intended action, giving a full and accurate description of the terms and conditions of such intended transfer of interest. Upon receipt of such notice, whether before or after the transfer of interest, RAMC reserves the right in its sole discretion to terminate this ISP agreement.

14. **Notices:** All notice hereunder shall be mailed to ISP at the address indicated on page one of this Agreement, and to RAMC at 7300 Corporate Center Drive, Suite 601, Miami, FL, 33126 and the postmark date of any such notice shall control with respect to the date of this notice.

**15. Compliance with Law:** ISP shall comply with federal, state and local laws and regulations regarding its obligations under the Agreement.

**16. Entire Agreement:** This Agreement compromises the entire agreement between the parties. All modifications and amendments, except amendments to the applicable Rate Schedule(s) made in the manner otherwise provided herein, must be made in writing and signed by both parties.

**17. Government Law:** The validity, interpretation and construction of this Agreement shall be governed by the laws of the State of Florida.

**18. Assignment:** ISP shall not assign this Agreement without RAMC's prior written consent.

IN WITNESS HEREOF, the parties hereto have caused their authorized representatives to execute this Independent Services Agreement as of the date first written above.

**BRICKELL FINANCIAL SERVICES MOTOR CLUB**
**INC. D/B/A ROAD AMERICA MOTOR CLUB and**
**ROAD AMERICA MOTOR CLUB, INC.**                **INDEPENDENT SERVICER/VENDOR**

By: _____              By: _____

Title: _____              Title: _____


ISP Federal ID or Social Security Number: _____

## ADDENDUM NO. 1 TO INDEPENDENT SERVICE PROVIDER AGREEMENT

ISP Number: _____

City and State: _____

This Addendum No. 1 ("Addendum No.1") to the Independent Service Provider Agreement dated as of the ____day of _____, 20__, is entered into as of the _____day of _____ 20___ , by and between Brickell Financial Services- Motor Club, Inc. d/b/a Road America Motor Club and Road America Motor Club, Inc., Florida Corporations, with an office at 7300 Corporate Center, Suite 601, Miami, Florida 33126 (hereinafter called "RAMC"). and _____ , with a place of business at _____ in _____ and doing business as _____(hereinafter called "ISP").

All terms used herein shall have the same meaning as in the Agreement , except as otherwise stated.

### WITNESSETH

WHEREAS, ISP participates in RAMC's program with respect to furnishing Services to customers and/or members of Road America Motor Club and its various auto plans/affiliate plans and customers and/or members of motor clubs administered through RAMC:

WHEREAS, RAMC desires to provide ISP with the opportunity to participate in a program as set out herein, (the "State Farm " Program"')

NOW, THEREFORE, in consideration of the mutual promises and agreements contained herein, the parties hereto agree as follows:

1.    **The State Farm Program**: RAMC agrees to provide ISP with the opportunity to participate in the State Farm Program which RAMC has developed in conjunction with State Farm Mutual Automobile Insurance Company, ("State Farm"). ISP agrees to participate in the program and to enter into and fully comply with the terms of the State Farm Program as defined by RAMC from time to time, including, without limitation, the terms of this Addendum No.1.

2.    **Confidentiality**: ISP agrees to keep all the terms and conditions of this Addendum No.1 and the State Farm Program confidential and agrees not to use or disclose any information related thereto, including without limitation data on insureds and operational processes and procedures, to any party other than RAMC, and State Farm as required for carrying out the performance hereof. ISP further agrees not to use any trademark, trade name, design, logo, or intellectual property of State Farm, or to disclose or otherwise identify State Farm orally or in any of its advertising, publications, or other media that are displayed or disseminated to its customers or other parties.

Background checks and restrictions: ISP agrees that, prior to providing its employees or agents to the State Farm Program under this Addendum No. 1, it will complete an appropriate background check including: (i.) a review of felony and misdemeanor convictions in the county in which the employee or agent has lived longest or where he/she currently resides; (ii.) a review of his or her driving record and drivers license. In no event will ISP, in the performance of this Addendum No. 1, use the services of an employee or agent who has been convicted of a felony.

3.    **Warranty.**  ISP warrants that all towing vehicles or tow hauling vehicles of any type utilized by its company or subcontractors for Services performed under this Agreement shall be in good and operable condition and such vehicle(s) shall comply with all Department of Transportation Regulations for such vehicles as well as any other Governmental Regulatory Body that may have jurisdiction over such towing providers. ISP further warrants that all towing vehicles or tow hauling vehicles of any type utilized that may enter a State Farm policyholder property will not leak any type of fuel or oil on the policyholder's property and if such leak does occur, ISP shall be responsible for the necessary cleanup to the policyholder property or to any of the surrounding environment.

4. **Termination of Agreement**

    a.   **Termination at Will:** This Addendum No. 1 may be cancelled at any time without cause by either party.

    b.   **Failure to Provide Service:** If ISP fails to provide Service or Services to Members as specified in the Agreement, fails to perform the other duties specified in this Addendum No.1, renders false or fraudulent billing, violates this Agreement in any other manner, or RAMC receives repeated complaints from Members concerning ISP, or ISP allows insurance and Certificate of Insurance to lapse, RAMC at its option may cancel this Agreement immediately upon written notice.

5.    **Independent Contractor:** For the purpose of this Addendum No. 1, ISP is deemed by both parties to be an independent contractor independently managing its own business. Neither party hereto shall have authority to pledge credit or transact any business (other than as expressly provided herein), in the name of the other party.

6.    **Change of Ownership:** Before ISP sells, conveys or otherwise disposes of ISP's interest in his business as related to this Addendum No. 1 and the services provided hereunder, ISP shall provide RAMC thirty (30) days' advance written notice by certified mail of the intended action, giving a full and accurate description of the terms and conditions of such intended transfer of interest. Upon receipt of such notice, whether before or after the transfer of interest, RAMC reserves the right in its sole discretion to terminate this Addendum.

7.    **Notices:** All notice hereunder shall be mailed to ISP at the address indicated on page one of this Agreement, and to RAMC at 7300 Corporate Center Drive, Suite 601, Miami, FL 33126 and the postmark date of any such notice shall control with respect to the date of this notice.

8.    **Compliance with Law:** ISP agrees to conduct business and performed its services in a professional and ethical manner, and to require its employees to adhere to the same standards. ISP agrees to satisfy any statutory or regulatory business license requirements necessary to perform the services under this Addendum No. 1, and any and all required Occupational Safety and Health Administration ("OSHA") regulations, if applicable, and to require and direct its employees to do the same, and to provide proof thereof annually or upon reasonable request by RAMC. In addition, ISP agrees to notify RAMC within twenty-four (24) hours if a required statutory or regulatory business license application is denied, or if any required statutory or regulatory business licenses is revoked, suspended, rescinded, terminated or limited, which would affect the ISP's performance under this Addendum No. 1. ISP shall require and direct all its employees to be compliance with all applicable state statute in regulatory, federal statutory and regulatory, and/or local licensing, insurance or bonding requirements necessary for the services performed under this Addendum No. 1, and upon RAMC's request provide proof thereof annually with specified expiration dates for review.

9.    **Entire Agreement:** This Addendum No. 1 Agreement comprises the entire agreement between the parties in reference to the State farm Program. All modifications and amendments, except amendments to the applicable rate schedule(s) made in the manner otherwise provided herein, must be made in writing and signed by both parties.

10.  **Governing Law:** The validity, interpretation and construction of this Addendum No. 1 shall be governed by the laws of the State of Florida.

11.  **Assignment:** ISP shall not assign this Addendum No. 1 without RAMC's prior written consent.

IN WITNESS HEREOF, the parties hereto have caused their authorized representatives to execute this Addendum No. 1 to the Independent Services Agreement as of the date first written above.

**BRICKELL FINANCIAL SERVICES-MOTOR CLUB,**
**INC. D/B/A/ ROAD AMERICA MOTOR CLUB and**
**ROAD AMERICA MOTOR CLUB, INC.**        **INDEPENDENT SERVICE PROVIDER**

By: _____    By:_____

Title: _____          Title: _____

ISP Federal ID or Social Security Number: _____



**ROAD | AMERICA**

a **MAPFRE** company

## Service Territory Agreement

**ISP Name:** _____  **ISP #** _____ *(if available)*

**Contact Name:** _____  **Effective Date:** _____ / _____ / _____

**Physical Address:** _____

**City:** _____

**State:** _____  **Zip:** _____

**Mailing/ Payment Address:** _____ _____ *(if different than above)*

**City:** _____

**State:** _____  **Zip:** _____

**Select by Radius:**   ☐ 5 mile Radius   ☐ 10 mile Radius   ☐ 15 mile Radius
                       ☐ 20 mile Radius   ☐ 25 mile Radius

**Select by Specific Zip Codes:** *(below)*

| Zip Code | Corresponding City / Town | Miles from Base | Zip Code | Corresponding City / Town | Miles from Base |
|----------|---------------------------|-----------------|----------|---------------------------|-----------------|
| 12345 | USA City | 2-4 miles | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**A call acceptance rate of less than 85% within the listed zip code territories may result in the cancellation of your contract with Road America Motor Club. Also no en-route will be paid within the specific zip codes.**

_____
Independent Service Provider (ISP) - Signature

_____ / _____ / _____
Effective Date

_____
Road America Provider Relations Rep (RAMC) - Signature

_____ / _____ / _____
Effective Date



# ROAD | AMERICA
a **MAPFRE** company

## ACH Direct Deposit Form

*Dear Service Provider,*

We would like to encourage all of our Service Providers to participate in our ACH Direct Deposit payment program. All payments will be automatically deposited to your specified account. This process will help reduce the amount of time needed to receive your payment and it will also eliminate delays due to postal system errors. Road America Motor Club will provide the list of purchase orders that are being paid by e-mail and the EFT payments are also viewable on the Vendor Portal.

*Please complete the following information and follow the instructions below:*

### Provider Information

ISP Name: _____    ISP #_____ *(if available)*

### Bank Information

BankName: _____

Address: _____

ContactPerson: _____

Phone Number: _____

Fax Number: _____

### Account Information

RoutingNumber: _____

AccountNumber: _____

Account Type:    Checking ❑      Savings ❑      Credit Unit ❑

Authorized Signature: _____

*Place a copy of a voided check here:*

*(Attach here)*

*Please complete this form and attach a copy of a voided check. You may email it to providerpayables@road-com or fax it to Provider Payables Department at (305) 392-3121. Please allow 7 to 10 business days for processing.*