**ELECTRONICALLY FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**RICHARD ROSS**, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

**JACK RABBIT SERVICES, LLC**,
a Kentucky limited liability company;
**JACK RABBIT USA, LLC**, a Florida
limited liability company; jointly and severally,

        Defendants.

_____/

Case No.: 3:14-CV-00044

Hon. Thomas B. Russell

## **PROPOSED AGREED ORDER/STIPULATION TO HOLD DISCOVERY IN ABEYANCE**

The parties, by counsel, having obtained a date to conduct a Settlement Conference with the Court, hereby move the Court to hold discovery and all other court ordered deadlines in abeyance until after the Settlement Conference scheduled on September 13, 2016.

IT IS HEREBY STIPULATED BY THE PARTIES, subject to the approval of the Court, that the case deadlines set forth in the February 25, 2016 Order [DN 120] shall be held in abeyance until after the September 13, 2016 Settlement Conference.

Tendered this on this 21st day of June, 2016.

s/ Loren T. Prizant
Loren T. Prizant
MIDDLETON REUTLINGER
401 S. Fourth Street, Suite 2600
Louisville, Kentucky 40202
(502) 584-1135
lprizant@middletonlaw.com
*Counsel for Defendant,*
*Jack Rabbit Services, LLC and*
*David Hain*


s/ Kevin J. Stoops (with permission)
Jason J. Thompson
Kevin J. Stoops
Jesse L. Young
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
*Counsel for Plaintiffs,*

and

s/ George R. Mead, II (with permission)
George R. Mead, II
MOORE, HILL & WESTMORELAND
220 West Garden Street, 9th Floor
P.O. Box 13290
Pensacola, Florida 32591
*Counsel for Defendant Jack Rabbit USA, LLC,*
*888 Dispatching, LLC, Theodore Kaufman, and*
*Melissa Wehrle*