UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**RICHARD ROSS**                                                                                           **PLAINTIFF**

v.                                                                                        CIVIL ACTION NO. 3:14CV-44-DJH

**JACK RABBIT SERVICES, LLC et al**                                                         **DEFENDANT**

## ORDER

A telephonic status conference was conducted in this matter on July 20, 2016. Kevin J. Stoops participated on behalf of the Plaintiff. George R. Mead, II and Kenneth S. Handmaker participated on behalf of the Defendants.

Based on a discussion with counsel and by agreement of the parties, Plaintiff Richard Ross shall attend the settlement conference previously scheduled for September 13, 2016 at 10:00 a.m. in person. All remaining named Plaintiffs may be available telephonically.

Date: July 20, 2016                    ENTERED BY ORDER OF COURT
                                       DAVE WHALIN, MAGISTRATE JUDGE
                                       UNITED STATES DISTRICT COURT
                                       VANESSA L. ARMSTRONG, CLERK
                                           BY:    /s/  *Ashley Henry*
                                                   **Deputy Clerk**

cc: Counsel of Record

0|15